**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |

**AFFIDAFIT OF CARLOS A. MIRANDA, ESQ.**

**THE STATE OF TEXAS** §
§
**COUNTY OF EL PASO** §

Carlos A. Miranda, Esq., being duly sworn, deposes and says as follows:

"1. **QUALIFICATIONS:** That I am an attorney and counselor at law duly admitted to practice in the State of Texas and in the United States District Court for the Western District of Texas. I have had extensive experience in practice in the United States Bankruptcy Court for the Western District of Texas.

2. **OFFICE:** I maintain an office for the practice of law at 5915 Silver Springs Dr., Bldg. 7, El Paso, Texas 79912, and my telephone number is 915-587-5000.

3. **CONNECTION WITH DEBTORS:** Prior to this Engagement, I have not had any connection with A&R Chavira, LLC. ("A&R") the Debtor in this case, nor its creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

4. **NO ADVERSE INTEREST:** I represent no interest adverse to the Debtor herein, or the Bankruptcy Estate in the matters upon which I am to be engaged.

Further Affiant sayeth not."

_____
Carlos A. Miranda, Esq.

**SUBSCRIBED AND SWORN TO BEFORE ME**, on January 26th, 2023.

[Notary Seal: RICARDO S. RAMIREZ, Notary Public, State of Texas, Comm. Expires 01-28-2027, Notary ID 130094574]

_____
Notary Public in and for
The State of Texas