**EXHIBIT "B"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |

**DISCLOSURE OF COMPENSATION OF CARLOS A. MIRANDA, ESQ.
OF MIRANDA & MALDONADO, P.C.
UNDER 11 U.S.C. §329 AND BANKRUPTCY RULE 2016(b)**

I, Carlos A. Miranda, Esq. certify that I am the attorney for the above-named Debtor and that the compensation paid or agreed to be paid to this attorney for services rendered or to be rendered on behalf of the Debtor in connection with a case under Title 11 of the United States Bankruptcy Code, such payment or agreement having been made within one year before the date of the filing of the *Petition* is for a prepetition *Retainer* in the amount of **$15,000**. From the prepetition Retainer, prepetition legal services and expenses were paid as follows –

a). $1,738 Statutory Filing Fee;

b). $79 NextChapter Software Fee; and

c). $2,220.50 for Prepetition legal services.

The balance of the Prepetition Retainer $10,962.50. Such amount to be applied against an hourly rate of $325 for services performed by Carlos A. Miranda, Esq.; $275 for services rendered by Carlos G. Maldonado, Esq., and $125 for services provided by a *Legal Assistant*, plus reimbursement of expenses, all of which are subject to the approval of the Court reduced by services rendered and expenses incurred prepetition.

Subject to final approval and allowance of compensation and reimbursement of expenses by this Court, as well as any cash collateral budget and agreement permit, the Debtor will continue to make monthly payments to this Firm in the amount of up to $2,500 to be deposited into this Firm's IOLTA Trust Account pending a fee application and approval by the Court.

    **DATED**: January 26th, 2023.

    Respectfully submitted,

    **MIRANDA & MALDONADO, P.C.**

    /s/ Carlos A. Miranda, Esq.
    Carlos A. Miranda, Esq.
    Carlos G. Maldonado, Esq.
    5915 Silver Springs, Bldg. 7
    El Paso, Texas 79912
    (915) 587-5000 (Telephone)
    (915) 587-5001 (Facsimile)
    **cmiranda@eptxlawyers.com**
    **cmaldonado@eptxlawyers.com**