**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **A&R CHAVIRA, LLC,** | ) | **Case No. 23-30067-HCM** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**MOTION FOR FIRST EXTENSION OF TIME TO FILE SCHEDULES AND**
**STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007,**
**LOCAL RULE 1007 & 11 U.S.C. 105(a)**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY
JUDGE:

COMES NOW A&R Chavira, LLC, Debtor in this Chapter 11 proceeding (the
"Debtor" and/or "A&R"), by and through its attorneys of record MIRANDA &
MALDONADO, P.C., and files this *Motion for First Extension of Time to File Schedules
and Statement of Financial Affairs Pursuant to Bankruptcy Rule 1007, L. Rule 1007 and
11 U.S.C. Section 105* (the "*Motion*"). In support of its *Motion*, the Debtor would show the
Court the following:

1.     On January 24, 2023 (the "*Petition Date*"), the Debtor filed a *Voluntary Petition for
Relief* under Chapter 11 of the United States Bankruptcy Code (the "*Code*").

2.     The Chapter 11 case was filed on an emergency basis.

3.     The deadline by which to file the *Schedules of Assets and Liabilities* and *Statement
of Financial Affairs* is February 7, 2023.

4.     The Debtor requests an extension until February 21, 2023, to file its *Schedule of
Assets & Liabilities* and *Statement of Financial Affairs.* As grounds for the extension, the
Debtor's principal, Mr. Alexander Chavira, and the Attorney for the Estate have been

working with a senior secured creditor on cash collateral issues as well ensuring the accuracy of the vehicle inventory which fluctuates daily.

5.      There have been no prior requests for an extension of time within which to file *Schedules of Assets & Liabilities* and *Statement of Financial Affairs*.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests that this Court issue an Order which provides for the following:

a.      An extension of the time to file *Schedules* and *Statement of Financial Affairs* until February 21, 2023, and,

b.      For such further relief as the Debtor may show itself justly entitled to.

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
cmiranda@eptxlawyers.com

Counsel for the Debtor

## CERTIFICATE OF SERVICE

I certify that on the 7th day of February 2023, a copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas to the parties listed on the attached Matrix.

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda III, Esq.
Attorneys for the Debtor

City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1588

Internal Revenue Service (IRS)
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Libertas Funding, LLC
411 West Putnam Ave
Suite 220
Taftville, CT 06380

Suncoast Funding
141 NE 3rd Avenue
Suite 100
Miami, FL 33132

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

United States Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539