**The relief described hereinbelow is SO ORDERED.**

**Signed February 08, 2023.**

                                                                   _____
                                                                   **H. CHRISTOPHER MOTT**
                                                                   **UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |

**<u>ORDER ON MOTION FOR FIRST EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007, LOCAL RULE 1007 & 11 U.S.C. 105(a)</u>**

Came on this day to be considered the *Motion for First Extension of Time to File Schedules and Statement of Financial Affairs Pursuant to Bankruptcy Rule 1007, L. Rule 1007 and 11 U.S.C. Section 105* (the "*Motion*") filed by A&R Chavira, LLC, Debtor in this Chapter 11 proceeding (the "Debtor" and/or "LM Endeavor"). The Debtor appeared through its attorneys of record MIRANDA & MALDONADO, P.C.

After consideration of the pleadings and the arguments of counsel, as well as the Court finding that notice was proper to the necessary parties, and no objections to such *Motion* having been filed, this Court is of the opinion that the relief requested in the *Motion* should be granted in its entirety.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that pursuant to Bankruptcy Rule 1007 and L. Rule 1007, the deadline to file *Schedules* and *Statement of Financial Affairs* shall be no later than Monday, February 21, 2023.

###

**ORDER SUBMITTED BY:**

**Carlos A. Miranda, Esq.**
**Carlos G. Maldonado, Esq.**
**Miranda & Maldonado, P.C.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000 (Telephone)**
**(915) 587-5001 (Facsimile)**
**(844) 710-7042 (Toll-Free)**
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

**Counsel for Debtor**
**A&R Chavira, LLC**