IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, § | |
| § | |
| DEBTOR. § | CHAPTER 11 |

## ORDER LIFTING AUTOMATIC STAY

Before me came to be heard NextGear Capital, Inc.'s Motion for Relief From Automatic Stay Regarding Motor Vehicle Inventory (the "Motion") filed by NextGear Capital, Inc. ("NextGear") seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) lifting the automatic stay in the above-captioned Chapter 11 proceeding of the Debtor, A&R Chavira, LLC ("Debtor"), with respect to the below listed vehicles (collectively, the "Vehicles"):

| Stk# | Vehicle Description | VIN |
|---|---|---|
| 272 | 2010 Audi S4 | WAUBGAFL3AA027326 |
| 274 | 2016 Ford F150 | 1FTEX1CP2GKE56144 |
| 275 | 2015 Cadillac Escalade | 1GYS3BKJ7FR229663 |
| 278 | 2021 Toyota Prius | JTDKAMFU9M3148515 |
| 279 | 2017 Ram 1500 | 1C6RR7NM9HS881600 |

**ORDER LIFTING THE AUTOMATIC STAY AS TO MOTOR VEHICLE INVENTORY**

| 283 | 2017 Volkswagen Tiguan | WVGAV7AX5HK049135 |
| --- | --- | --- |
| 290 | 2016 Yamaha YXZ1 | 5Y4AN03Y5GA103529 |
| 292 | 2018 Subaru WRX | JF1VA1C60J9817948 |
| 295 | 2017 Hyundai Accent | KMHCT4AE9HU300495 |
| 296 | 2015 Chrysler 200 | 1C3CCCAB3FN617303 |
| 297 | 2014 Ram 1500 | 1C6RR7LT8ES407515 |
| 298 | 2012 Chrysler 300 | 2C3CCADT7CH253335 |
| 299 | 2021 Volkswagen Golf | 3VWG57AU6MM011790 |
| 300 | 2019 Dodge Grand Caravan | 2C4RDGCG6KR585480 |
| 301 | 2015 Jeep Compass | 1C4NJCBB6FD431463 |
| 303 | 2017 Honda Civic | 2HGFC2F76HH529754 |
| 305 | 2012 Audi A4 | WAUBFAFL7CN015940 |
| 306 | 2017 Mazda Mazda6 | JM1GL1W56H1120700 |
| 307 | 2016 Ford Fusion | 3FA6P0HD4GR115889 |
| 308 | 2014 Nissan Pathfinder | 5N1AR2MN4EC727302 |
| 309 | 2012 Land Rover Range Rover | SALSF2D42CA753309 |
| 310 | 2014 Audi A7 | WAU2GAFC8EN095605 |
| 312 | 2011 Audi Q7 | WA1LGAFE2BD002789 |

After reviewing the Motion, the arguments of counsel, and the evidence presented, the Court is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the automatic stay shall be lifted in this bankruptcy to allow NextGear to proceed under applicable non-bankruptcy law to enforce its rights and remedies to take possession of, foreclose upon, and sell or otherwise dispose of the Vehicles, and to apply the proceeds to the obligations owing to NextGear, net of expenses allowed under the various agreements executed between the Debtor and NextGear or applicable law;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

###

**ORDER LIFTING THE AUTOMATIC STAY AS TO MOTOR VEHICLE INVENTORY**