**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| A&R CHAVIRA, LLC | § | |
| | § | CASE NO. 23-30067-HCM |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 1**

NOW COMES the City of El Paso and files this Notice of Withdrawal of Proof of Claim No. 1. In support thereof, the City of El Paso respectfully represents the following:

1. The City of El Paso filed its secured proof of claim herein on February 2, 2023 in the amount of $12,018.14.
2. The taxes subject to the proof of claim is a vehicle inventory tax not collected by this Firm.
3. The City of El Paso desires to withdraw its proof of claim no. 1 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By: __/s/ Don Stecker__
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Bradley S. Balderrama (SBN 24040464)
Attorney for the City of El Paso

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of the City of El Paso Proof of Claim No. 1 was served this 14th day of February, 2023 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
    A&R Chavira, LLC
    6900 Gateway Blvd. East
    El Paso, TX 79915

Attorney for Debtor:
    Carlos A. Miranda
    Miranda & Maldonado, P.C.
    5915 Silver Springs
    Bldg. 7
    El Paso, TX 79912

U.S. Trustee:
    U.S. Trustee's Office
    615 E. Houston, Suite 533
    P.O. Box 1539
    San Antonio, TX 78295-1539

                                                                  /s/ Don Stecker
                                                                  David G. Aelvoet
                                                                  Don Stecker
                                                                  Bradley S. Balderrama