Expedited hearing shall be held on 2/22/2023 at 01:30 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.



**The relief described hereinbelow is SO ORDERED.**

**Signed February 14, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER GRANTING NEXTGEAR CAPITAL, INC,'S MOTION FOR EXPEDITED HEARING OF MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING MOTOR VEHICLE INVENTORY

On this date came on for consideration the Motion filed by NextGear Capital, Inc. ("Movant") requesting an expedited hearing on the Motion for Relief from Automatic Stay Regarding Motor Vehicle Inventory filed on February 13, 2023. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Motion for Relief from Automatic Stay Regarding Motor Vehicle Inventory is scheduled for expedited hearing on the date and time

listed above.

###