IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## NOTICE OF EXPEDITED HEARING

Please take notice that an expedited hearing on NextGear Capital, Inc's Motion for Relief from Automatic Stay Regarding Motor Vehicle Inventory [Doc. # 13] has been set for February 22, 2023 at 1:30 p.m. (MST) before the Honorable H. Christopher Mott, United States Bankruptcy Judge for the Western District of Texas, via WebEx.

## WebEx Information

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/Mott

WebEx Hearing Instructions may be obtained from the following site:

https://www.txwb.uscourts.gov/sites/txwb/files/bankruptcy-courtroom-guidelines-for-webex-wdtx-rev20211029.pdf

**Respectfully Submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610


/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D. #00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, February 15, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **A&R Chavira, LLC**<br>6900 Gateway Blvd. East<br>El Paso, Texas 79915<br><br>*Debtor* | **Carlos A. Miranda**<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs, Bldg. 7<br>El Paso, Texas 79912<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>615 E. Houston, Suite 533<br>San Antonio, Texas 78295 | **All those receiving ECF notification in this case.** |

/s/ Christopher V. Arisco
Christopher V. Arisco