IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re:

A&R CHAVIRA, LLC,

        Debtor.

Case No.: 23-30067-HCM
Chapter 11

_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**WESTLAKE FLOORING COMPANY LLC**

c/o James R. Liebler, II, Esquire
Liebler, Gonzalez & Portuondo
44 West Flagler St., Courthouse Tower – 25th FL
Miami, FL 33130
Tel: (305) 379-0400
Fax: 305-379-09626
Email: JRLII@lgplaw.com; mkv@lgplaw.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in

support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated February 15, 2023.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ James R. Liebler, II*
　　　　　　　　　　　　　　　　　　　　　　JAMES R. LIEBLER, II
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 115348
　　　　　　　　　　　　　　　　　　　　　　JRLII@lgplaw.com
　　　　　　　　　　　　　　　　　　　　　　**LIEBLER, GONZALEZ & PORTUONDO**
　　　　　　　　　　　　　　　　　　　　　　Courthouse Tower - 25th Floor
　　　　　　　　　　　　　　　　　　　　　　44 West Flagler Street
　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33130
　　　　　　　　　　　　　　　　　　　　　　Tel: (305) 379-0400
　　　　　　　　　　　　　　　　　　　　　　Fax: (305) 379-9626
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Creditor, Westlake Flooring Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　　　　　*/s/ James R. Liebler, II*
　　　　　　　　　　　　　　　　　　　　　　JAMES R. LIEBLER, II

## MAIL MATRIX

**A&R Chavira, LLC**
6900 Gateway Blvd. East
El Paso, Texas 79915
*Debtor*

**United States Trustee**
615 E. Houston, Suite 533
San Antonio, Texas 78295

**Carlos A. Miranda**
Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
*Attorney for Debtor*

**All those receiving ECF notification in this case.**