IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### NEXTGEAR CAPITAL, INC.'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NextGear Capital, Inc. ("NextGear") files this its Witness and Exhibit List in connection with the hearing set for February 22, 2023 at 1:30 p.m. (MST) on NextGear Capital, Inc.'s Motion for Relief from Automatic Stay Regarding Motor Vehicle Inventory [Doc. # 13], as follows:

### WITNESSES

NextGear reserves the right to call the below referenced witnesses for testimony at the hearing including the following:

**Christopher V. Arisco**
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Attorney for NextGear*

**Lucas Hancock**
c/o Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Representative for NextGear*

**Alexander Chavira**
c/o Carlos A. Miranda
Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
Phone: 915-587-5000
Fax: 915-587-5001

*Representative for Debtor*

**Carlos A. Miranda**
Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
Phone: 915-587-5000
Fax: 915-587-5001

*Attorney for Debtor*

NextGear reserves the right to call any other witness designated or identified by any other party at the hearing for purpose of examination at the hearing and/or any rebuttal witness.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| NG-A | Affidavit of Lucas Hancock | | | | |
| NG-B | Demand Promissory Note and Loan and Security Agreement | | | | |
| NG-C | UCC-1 Financing Statement filed on April 26, 2018, file number 18-0014649972 | | | | |
| NG-D | NextGear's Receivable Detail Summary dated February 7, 2023 | | | | |
| NG-E | List of Sold Unpaid Units (provided by Debtor) | | | | |

NextGear reserves the right to amend its Exhibit List and/or supplement the same. NextGear further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

        **Respectfully Submitted,**

        PADFIELD & STOUT, L.L.P
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        Phone: 817-338-1616
        Fax: 817-338-1610


        /s/ Christopher V. Arisco
        Alan B. Padfield
        State Bar I.D. #00784712
        abp@padfieldstout.com
        Christopher V. Arisco
        State Bar I.D. #24064830
        carisco@padfieldstout.com

        *Attorneys for NextGear Capital, Inc.*


## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Thursday, February 16, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **A&R Chavira, LLC**<br>6900 Gateway Blvd. East<br>El Paso, Texas 79915<br><br>*Debtor* | **Carlos A. Miranda**<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs, Bldg. 7<br>El Paso, Texas 79912<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>615 E. Houston, Suite 533<br>San Antonio, Texas 78295 | **All those receiving ECF notification in this case.** |

        /s/ Christopher V. Arisco
        Christopher V. Arisco