Expedited hearing shall be held on 2/22/2023 at 01:30 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.



**The relief described hereinbelow is SO ORDERED.**

Signed February 14, 2023.

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER GRANTING NEXTGEAR CAPITAL, INC,'S MOTION FOR EXPEDITED HEARING OF MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING MOTOR VEHICLE INVENTORY

On this date came on for consideration the Motion filed by NextGear Capital, Inc. ("Movant") requesting an expedited hearing on the Motion for Relief from Automatic Stay Regarding Motor Vehicle Inventory filed on February 13, 2023. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Motion for Relief from Automatic Stay Regarding Motor Vehicle Inventory is scheduled for expedited hearing on the date and time

listed above.

###

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30067-hcm |
| A&R Chavira, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdfintp | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Feb 15 2023 22:15:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 17, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |

District/off: 0542-3 User: admin Page 2 of 2
Date Rcvd: Feb 15, 2023 Form ID: pdfintp Total Noticed: 3

United States Trustee - EP12
        USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 4