# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Michelle Dicken 2188182308 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
|  |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Michelle Dicken |
| 901 Main Street |
| Suite 3450 |
| Dallas, TX 75202 |
| USA |

**FILING NUMBER:** 18-0044667541
**FILING DATE:** 12/24/2018    11:07 AM
**DOCUMENT NUMBER:** 857576100002
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 1a. ORGANIZATION'S NAME: **RA Auto Group** |||||
|---|---|---|---|---|---|
|  | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX ||
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY ||
| 6900 Gateway E Blvd | El Paso | TX | 79915 | USA ||

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 2a. ORGANIZATION'S NAME: **A&R Chavira LLC** |||||
|---|---|---|---|---|---|
|  | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX ||
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY ||
| 6900 Gateway E Blvd | El Paso | TX | 79915 | USA ||

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME: **Vehicle Acceptance Corporation** |||||
|---|---|---|---|---|---|
|  | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX ||
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY ||
| 901 Main Street Suite 3450 | Dallas | TX | 75202 | USA ||

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtors, whether now owned or existing or owned, acquired or arising hereafter. NOTICE: PURSUANT TO AN AGREEMENT BETWEEN DEBTORS AND SECURED PARTY, DEBTORS HAVE AGREED NOT TO GRANT A SECURITY INTEREST IN THE COLLATERAL DESCRIBED HEREIN TO ANY OTHER PERSON. ACCORDINGLY, THE ACCEPTANCE OF ANY SUCH SECURITY INTEREST IS LIKELY TO CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE RIGHTS OF SECURED PARTY.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
9a. ORGANIZATION'S NAME
**RA Auto Group**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR
10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME
**Chavira**

INDIVIDUAL'S FIRST PERSONAL NAME
**Alexander**

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7165 Alameda Ave | El Paso | TX | 79915 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR
11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

11c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY