**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| A&R CHAVIRA, LLC, ) | Case No. 23-30067-HCM |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF AMENDED CREDITOR MATRIX
(ADDING MAILING ADDRESSES)**

Comes now A&R Chavira, LLC, and files this Amended Creditor Matrix to add the following Creditors:

Alcala CPA
9440 Viscount Blvd. Suite 111
El Paso, TX 79928

Alexander Chavira
7165 Alameda Ave.
El Paso, TX 79915

Nextgear Capital, Inc.
11799 North College Ave
Carmel, IN 46032

Pete Borrego
7000 Industrial Ave
El Paso, TX 79915

Scooter Outlet
6900 Gateway Blvd East
El Paso, TX 79915

Small Business Administration
10737 Gateway West #300
El Paso, TX 79935

State Farm Bank
Attn: Bankruptcy
P.O. Box 2327
Bloomington, IL 61702

Vehicle Acceptance Corporation
901 Main Street Suite 3450
Dallas, TX 75202

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010

White Sands Federal Credit Union
P.O. Box 99
Las Cruces, NM 88004

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@mirandafirm.com**

Attorney for Debtor

## CERTIFICATE OF SERVICE

I, Carlos A. Miranda, Esq., do hereby certify that on February 22, 2023, a true and correct copy of the *Notice of Amended Creditor Matrix* was served, by electronic mail as provided by this Court's ECF System to the following Parties: Office of the U.S. Trustee, Office of the U.S. Trustee, San Antonio, TX 78295-1539 and the attached Matrix.

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
Attorney for the Debtor

City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1588

Internal Revenue Service (IRS)
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Libertas Funding, LLC
411 West Putnam Ave
Suite 220
Taftville, CT 06380

Nextgear Capital, Inc.
11799 North College Ave
Carmel, IN 46032

Pete Borrego
7000 Industrial Ave
El Paso, TX 79915

Scooter Outlet
6900 Gateway Blvd East
El Paso, TX 79915

Small Business Administration
10737 Gateway West #300
El Paso, TX 79935

Suncoast Funding Group, LLC
141 NE 3rd Avenue
Suite 100
Miami, FL 33132

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

United States Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539

Vehicle Acceptance Corporation
901 Main Street Suite 3450
Dallas, TX 75202

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010