UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case Number 23-30067-hcm |
| | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER GRANTING MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR RELIEF FROM STAY AGAINST PROPERTY

On this day, came on to be considered the Motion of Vehicle Acceptance Corporation for Relief From Stay Against Property and Waiver of 30-Day Requirement (the "*Motion*") filed Vehicle Acceptance Corporation ("*VAC*"). VAC asserts a lien on all assets owned by A&R Chavira, LLC, a Texas limited liability company, including but not limited to the vehicles listed on Exhibit "A" attached hereto and proceeds therefrom (the "*Collateral*").

The Court finds that notice of the Motion and the deadline to object to the Motion was proper and sufficient. After considering the Motion, any responses that were filed, and the evidence presented, the Court finds the Motion should be granted and the automatic stay should be lifted.

1

**IT IS THEREFORE ORDERED that:**

1.      The automatic stay is lifted in all respects as to the VAC.  VAC may take possession of the Collateral and take action in accordance with applicable state law to foreclose its liens on the Collateral.

2.      The fourteen (14) day stay set out in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and the VAC may proceed under this Order immediately.

3.      This Order shall be valid and subsisting even in the event this case is converted to another chapter of the Bankruptcy Code.

###

Submitted by:

James W. Brewer
Kemp Smith LLP
P.O. Drawer 2800
El Paso, Texas  79999-2800
(915) 546-5360 (FAX)

Parties to receive this Order upon entry:

Carlos Miranda
5915 Silver Springs Bldg. 7
El Paso, Texas 79912

United States Trustee
P.O. Box 1539
San Antonio, Texas 78295

4313670

| Vehicle | VIN |
| --- | --- |
| 2019/Ford/F150/Gry46 | 1FTEW1E56KFB47146 |
| 2020/Jeep/Wrangler/Gry84. | 1C4HJXDN3LW248484 |
| 2017/Ford/Fusion/Gry35 | 3FA6P0LU8HR123535 |
| 2013/Audi/A6/Wht74 | WAUGFAFC1DN092374 |
| 2016/Hyundai/Gnsis/Gry61. | KMHGN4JE9GU115261 |
| 2013/Audi/A5/Wht86 | WAULFAFR1DA059286 |
| 2015/Nissan/NV1500/Wht07 | 1N6BF0KLXFN803907 |
| 2018/Ford/Focus/Wht37. | 1FADP3K24JL262137 |
| 2014/Chevy/Camaro/Slvr51. | 2G1FB3D39E9160751 |
| 2008/Ram/2500/Rd83. | 3D7KS28A48G115483 |
| 2016/Jeep/Wranglr/Wht53 | 1C4HJWDG3GL282153 |
| 2017/VW/Jetta/Gry33 | 3VW2B7AJ0HM232333 |
| 2018/Kia/Optima/Gry02 | 5XXGT4L3XJG212102 |
| 2016/VW/Golf/Gry65 | 3VW217AU2GM029665 |
| 2014/Chryslr/T&C/Slvr00 | 2C4RC1GG2ER412800 |
| 2012/Audi/A6/Blu76. | WAUGGAFC6CN034076 |
| 2016/Acura/MDX/Blk81 | 5FRYD3H47GB001981 |
| 2014/Mits/Lancer/Gry22 | JA32W8FV2EU018622 |
| 2014/Dodge/Chargr/Wht56 | 2C3CDXEJ0EH154856 |
| 2013/Toyot/Prius/Blu15 | JTDKN3DU7D1723515 |
| 2012/VW/GLI/Gry8263. | 3VW5A7AJ6CM088263 |
| 2015/Chrysler/200/Rd10. | 1C3CCCAB5FN648410 |
| 2014/Audi/A5/Gry91. | WAUCFAFRXEA037191 |
| 2013/Audi/Q5/Blk56. | WA1LFAFP0DA054656 |
| 2018/Honda/CRV/Blue87 | 5J6RW2H84JA000987 |
| 2013/Jeep/Wrangler/Red83 | 1C4BJWDG0DL523183 |
| 2016/Buick/Regal/Blk56 | 2G4GR5EX9G9157156 |
| 2019/Ford/F150/Gry84 | 1FTEW1EB4KKC55584 |
| 2015/Chevy/Tahoe/Slver99 | 1GNSCCKC5FR143899 |
| 2018/Ford/F150/Wht46 | 1FTFW1E56JKD33246 |
| 2015/Chevy/1500/Slvr55 | 3GCPCREC9FG365455 |
| 2015/Maserat/Ghibl/Blu36. | ZAM57XSA9F1159436 |



EXHIBIT

A

tabbies