# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 23−30067−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **A&R Chavira, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on  **3/29/23 at 01:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 27 Motion for Relief from Stay (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by James W. Brewer for Creditor Vehicle Acceptance Corporation Hearing Scheduled For 3/29/2023 at 01:00 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda) . **A TIMELY−FILED RESPONSE TO THE MOTION IS NECESSARY FOR A HEARING TO BE HELD**.....If a reset is requested and approved or an Agreed Order is submitted prior to the hearing, no appearance is required.

Dated: 2/23/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)−HCM]** [NtchrgBKhcmap]