**The relief described hereinbelow is SO ORDERED.**

**Signed February 22, 2023.**

_____

**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## AGREED ORDER LIFTING AUTOMATIC STAY REGARDING MOTOR VEHICLE INVENTORY

Before me came to be heard NextGear Capital, Inc.'s Motion for Relief From Automatic Stay Regarding Motor Vehicle Inventory (the "Motion") filed by NextGear Capital, Inc. ("NextGear") seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) lifting the automatic stay in the above-captioned Chapter 11 proceeding of the Debtor, A&R Chavira, LLC ("Debtor"), with respect to the below listed vehicles (collectively, the "Vehicles"):

| Stk# | Vehicle Description | VIN |
|---|---|---|
| 272 | 2010 Audi S4 | WAUBGAFL3AA027326 |
| 274 | 2016 Ford F150 | 1FTEX1CP2GKE56144 |
| 275 | 2015 Cadillac Escalade | 1GYS3BKJ7FR229663 |
| 278 | 2021 Toyota Prius | JTDKAMFU9M3148515 |

AGREED ORDER LIFTING THE AUTOMATIC STAY REGARDING MOTOR VEHICLE INVENTORY

| 279 | 2017 Ram 1500 | 1C6RR7NM9HS881600 |
| 283 | 2017 Volkswagen Tiguan | WVGAV7AX5HK049135 |
| 290 | 2016 Yamaha YXZ1 | 5Y4AN03Y5GA103529 |
| 292 | 2018 Subaru WRX | JF1VA1C60J9817948 |
| 295 | 2017 Hyundai Accent | KMHCT4AE9HU300495 |
| 296 | 2015 Chrysler 200 | 1C3CCCAB3FN617303 |
| 297 | 2014 Ram 1500 | 1C6RR7LT8ES407515 |
| 298 | 2012 Chrysler 300 | 2C3CCADT7CH253335 |
| 299 | 2021 Volkswagen Golf | 3VWG57AU6MM011790 |
| 300 | 2019 Dodge Grand Caravan | 2C4RDGCG6KR585480 |
| 301 | 2015 Jeep Compass | 1C4NJCBB6FD431463 |
| 303 | 2017 Honda Civic | 2HGFC2F76HH529754 |
| 305 | 2012 Audi A4 | WAUBFAFL7CN015940 |
| 306 | 2017 Mazda Mazda6 | JM1GL1W56H1120700 |
| 307 | 2016 Ford Fusion | 3FA6P0HD4GR115889 |
| 308 | 2014 Nissan Pathfinder | 5N1AR2MN4EC727302 |
| 309 | 2012 Land Rover Range Rover | SALSF2D42CA753309 |
| 310 | 2014 Audi A7 | WAU2GAFC8EN095605 |
| 312 | 2011 Audi Q7 | WA1LGAFE2BD002789 |

After reviewing the Motion, noting NextGear and Debtor are in agreement with the relief sought herein pursuant to the signature of their respective counsel below, and the evidence presented, the Court is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the automatic stay shall be lifted in this bankruptcy to allow NextGear to proceed under applicable non-bankruptcy law to enforce its rights and remedies to take possession of, foreclose upon, and sell or otherwise dispose of the Vehicles, and to apply the proceeds to the obligations owing to NextGear, net of expenses allowed under the various agreements executed between the Debtor and NextGear or applicable law;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

###

AGREED ORDER LIFTING THE AUTOMATIC STAY REGARDING MOTOR VEHICLE INVENTORY

AGREED IN FORM AND SUBSTANCE:

| | |
|---|---|
| Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102<br>Phone: 817-338-1616<br>Fax: 817-338-1610<br><br><br>/s/ Christopher V. Arisco<br>Christopher V. Arisco<br>State Bar I.D. # 24064830<br>carisco@padfieldstout.com<br><br><br>*Attorney for NextGear Capital, Inc.* | Miranda & Maldonado, P.C.<br>5915 Silver Springs, Building 7<br>El Paso, Texas 79912<br>Phone: 915-587-5000<br>Fax: 915-587-5001<br><br><br>Carlos A. Miranda<br>State Bar I.D. #<br>cmiranda@eptxlawyers.com<br><br><br>*Counsel for Debtor* |

United States Bankruptcy Court

Western District of Texas

In re:                                                          Case No. 23-30067-hcm

A&R Chavira, LLC                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3            User: admin                 Page 1 of 1

Date Rcvd: Feb 22, 2023        Form ID: pdfintp            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira  LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital  Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com  mkv@lgplaw.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 5