**The relief described hereinbelow is SO ORDERED.**

**Signed March 01, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER ON APPLICATION TO EMPLOY MIRANDA & MALDONADO, P.C. AS COUNSEL FOR THE BANKRUPTCY ESTATE**

Came on this day to be considered the Application to Employ Miranda & Maldonado, P.C. as Counsel for the Bankruptcy Estate (the "Application"), filed by A&R Chavira, LLC ("A&R"), the Debtor-in-Possession in this Chapter 11 proceeding on behalf of Miranda & Maldonado, P.C. This Court, being fully advised, is of the opinion that the Application is well-taken and hereby approves the same.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the employment of Miranda & Maldonado, P.C. as Counsel for the Estate is hereby APPROVED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any post-petition payments for attorney fees shall be deposited into Miranda & Maldonado, P.C.'s IOLTA Trust Account pending approval of any Interim or Final Application for Compensation.

###

**ORDER SUBMITTED BY**:

Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(866) 201-0967 (Facsimile)
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

Counsel for Debtor