UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case Number 23-30067-hcm |
| | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## MOTION FOR EXPEDITED HEARING ON MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR RELIEF FROM STAY AGAINST PROPERTY OF THE ESTATE

TO THE HONORABLE H. CHRISTOPHER MOTT,
UNITED STATES BANKRUPTCY JUDGE:

Vehicle Acceptance Corporation ("*VAC*") files this Motion for Expedited Hearing as follows:

1.     **Underlying Motion**:  The underlying motion is a Motion of Motor Vehicle Acceptance Corporation for Relief from Stay Against Property of the Estate and Waiver of 30-Day Requirement ("*Motion for Relief From Stay*") [Docket #27].  The Motion for Relief From Stay was filed on February 22, 2023.

2.     **Need for Expedited Hearing**:  The Motion for Relief From Stay concerns VAC's lien on 33 vehicles financed by VAC under a floor plan financing arrangement.  In an audit conducted on January 25, 2023 VAC could not locate two of the vehicles it financed.  The Debtor did not allow VAC to conduct an additional audit requested in late February.  According to the Debtor's Schedules filed on February 22, 2023 only 23 vehicles are listed as securing VAC.  Upon information and belief VAC's vehicles have been sold out of trust or are otherwise unaccounted for jeopardizing its liens.  Time is of the essence in VAC securing its vehicles and preventing any further vehicles from being sold out of trust.

3.     **Certificate of Conference**:  Counsel for the Debtor consents to an expedited setting.

4.     **Time Estimate for Hearing**:  One-half hour

43J8807

5.    **Deadline for When Hearing is Needed**:  A live hearing is requested the week of March 13, 2023.

6.    **Date When All Parties are Available**:  March 14, 15 and 16, 2023.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for Motor Vehicle Acceptance
Corporation

By: _____
James W. Brewer
State Bar No. 02965200
James.brewer@kempsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, a true and correct copy of this Motion was delivered; 1) by first class U.S. Mail to the parties on the attached list, and 2) by ECF to all persons and electronically to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

_____
James W. Brewer

43J8807

Label Matrix for local noticing
0542-3
Case 23-30067-hcm
Western District of Texas
El Paso
Wed Mar  1 11:31:07 CST 2023

A&R Chavira, LLC
6900 Gateway Blvd. East
El Paso, TX 79915-1105

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

Alcala CPA
9440 Viscount Blvd., Ste. 111
El Paso, TX. 79925-7054

Alexander Chavira
7165 Almeda Ave.
El Paso, TX. 79915

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1512

Internal Revenue Service (IRS)
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Libertas Funding, LLC
411 West Putnam Ave
Suite 220
Taftville, CT 06380

NextGear Capital, Inc.
c/o Christopher V. Arisco
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102-3792

Nextgear Capital, Inc.
11799 North College Ave.
Carmel, IN 46032-5605

Pete Borrego
7000 Industrial Ave.
El Paso, TX. 79915-1110

Scooter Outlet
6900 Gateway Blvd. East
El Paso, TX. 79915-1105

Small Business Administration
10737 Gateway West, #300
El Paso, TX. 79935-4910

(p)LOAN SERVICING
LOAN SUPPORT
PO BOX 5961
MADISON WI 53705-0961

Suncoast Funding
141 NE 3rd Avenue
Suite 100
Miami, FL 33132-2207

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778-0001

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0009

United States Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539

Vehicle Acceptance Corporation
901 Main Street, Ste. 3450
Dallas, TX. 75202-3752

WESTLAKE FLOORING COMPANY LLC
c/o James R. Liebler, II, Esquire
Liebler, Gonzalez & Portuondo
44 West Flagler St., Suite 2500
Miami, FL 33130-1817

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010-3827

White Sands Federal Credit Union
P.O. Box 99
Las Cruces, NM 88004-0099

Carlos A. Miranda
Miranda & Maldonado, P.C.
5915 Silver Springs
Bldg. 7
El Paso, TX 79912-4126

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205

State Farm Bank
Attn: Bankruptcy
P.O. Box 2327
Bloomington, IL 61702

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

End of Label Matrix
Mailable recipients        26
Bypassed recipients         0
Total                      26