**Expedited hearing shall be held on 3/14/2023 at 09:00 AM in El Paso Courtroom. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed March 02, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| A&R CHAVIRA, LLC, ) | Case Number 23-30067-hcm |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### ORDER GRANTING MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR EXPEDITED HEARING ON MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR RELIEF FROM STAY

On this day came on for consideration the Motion Vehicle Acceptance Corporation, seeking an expedited hearing on the Motion of Motion of Motor Vehicle Acceptance Corporation for Relief from Stay Against Property of the Estate and Waiver of 30-Day Requirement. The Court finds that the Motion should be granted as set forth below.

**IT IS THEREFORE ORDERED** that the Motion of Motor Vehicle Acceptance Corporation for Relief from Stay Against Property of the Estate and Waiver of 30-Day Requirement is scheduled for expedited hearing at the date and time indicated above. The hearing will be held in the United States Bankruptcy Court for the Western District of Texas, El Paso Division, 511 E. San Antonio, Room 444, El Paso, Texas 79901. Notice of this hearing shall be given by counsel for the movant.

###

Submitted by:

James W. Brewer
Kemp Smith LLP
P.O. Box 2800
El Paso, Texas 79999-2800

Upon entry of this Order,
please deliver copies to:

Carlos Miranda
Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912

Office of the United States Trustee
P.O. Box 1539
San Antonio, Texas 78295