UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case Number 23-30067-hcm |
| | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF EXPEDITED HEARING ON MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR RELIEF FROM STAY AGAINST PROPERTY OF THE ESTATE

TO THE CLERK OF THE COURT, THE DEBTOR, AND ALL PARTIES IN INTEREST:

Please take notice that the Court has granted a Motion for Expedited Hearing filed by Vehicle Acceptance Corporation. The Court will hold an expedited hearing on the Motion of Vehicle Acceptance Corporation for Relief from Stay Against Property of the Estate and Waiver of 30-Day Requirement on **March 14, 2023 at 9:00 a.m. Mountain Standard Time**, at the United States Bankruptcy Court for the Western District of Texas, El Paso Division, 511 E. San Antonio, Room 444, El Paso, Texas 79901

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)

By: _____
James W. Brewer
State Bar No. 02965200
Attorneys for Vehicle Acceptance Corporation

43K0485

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2023, a true and correct copy of this Notice was delivered; 1) by first class U.S. Mail to the parties on the attached list, and 2) by ECF to all persons and electronically to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

_____
James W. Brewer

43K0485

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 23-30067-hcm<br>Western District of Texas<br>El Paso<br>Wed Mar 1 11:31:07 CST 2023 | A&R Chavira, LLC<br>6900 Gateway Blvd. East<br>El Paso, TX 79915-1105 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Alcala CPA<br>9440 Viscount Blvd., Ste. 111<br>El Paso, TX. 79925-7054 | Alexander Chavira<br>7165 Almeda Ave.<br>El Paso, TX. 79915 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 |
| City of El Paso<br>c/o Don Stecker<br>Weston Centre, 112 E. Pecan St., Ste. 22<br>San Antonio, TX 78205-1512 | Internal Revenue Service (IRS)<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Libertas Funding, LLC<br>411 West Putnam Ave<br>Suite 220<br>Taftville, CT 06380 |
| NextGear Capital, Inc.<br>c/o Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 | Nextgear Capital, Inc.<br>11799 North College Ave.<br>Carmel, IN 46032-5605 | Pete Borrego<br>7000 Industrial Ave.<br>El Paso, TX. 79915-1110 |
| Scooter Outlet<br>6900 Gateway Blvd. East<br>El Paso, TX. 79915-1105 | Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX. 79935-4910 | (p)LOAN SERVICING<br>LOAN SUPPORT<br>PO BOX 5961<br>MADISON WI 53705-0961 |
| Suncoast Funding<br>141 NE 3rd Avenue<br>Suite 100<br>Miami, FL 33132-2207 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Workforce Commission<br>TWC Building - Regulatory Integrity Divi<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 | United States Attorney, Civil Process Clerk<br>Department of Justice<br>601 N. W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| United States Trustee's Office<br>615 E. Houston, Ste. 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Vehicle Acceptance Corporation<br>901 Main Street, Ste. 3450<br>Dallas, TX. 75202-3752 | WESTLAKE FLOORING COMPANY LLC<br>c/o James R. Liebler, II, Esquire<br>Liebler, Gonzalez & Portuondo<br>44 West Flagler St., Suite 2500<br>Miami, FL 33130-1817 |
| Westlake Flooring Company, LLC<br>4751 Wilshire Blvd.<br>Los Angeles, CA 90010-3827 | White Sands Federal Credit Union<br>P.O. Box 99<br>Las Cruces, NM 88004-0099 | Carlos A. Miranda<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs<br>Bldg. 7<br>El Paso, TX 79912-4126 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205

State Farm Bank
Attn: Bankruptcy
P.O. Box 2327
Bloomington, IL 61702

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26