**The relief described hereinbelow is SO ORDERED.**

**Signed March 01, 2023.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER ON APPLICATION TO EMPLOY MIRANDA & MALDONADO, P.C. AS COUNSEL FOR THE BANKRUPTCY ESTATE

Came on this day to be considered the Application to Employ Miranda & Maldonado, P.C. as Counsel for the Bankruptcy Estate (the "Application"), filed by A&R Chavira, LLC ("A&R"), the Debtor-in-Possession in this Chapter 11 proceeding on behalf of Miranda & Maldonado, P.C. This Court, being fully advised, is of the opinion that the Application is well-taken and hereby approves the same.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the employment of Miranda & Maldonado, P.C. as Counsel for the Estate is hereby APPROVED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any post-petition payments for attorney fees shall be deposited into Miranda & Maldonado, P.C.'s IOLTA Trust Account pending approval of any Interim or Final Application for Compensation.

### ###

**ORDER SUBMITTED BY**:

Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(866) 201-0967 (Facsimile)
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

Counsel for Debtor

United States Bankruptcy Court

Western District of Texas

In re:

A&R Chavira, LLC

    Debtor

Case No. 23-30067-hcm

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0542-3            User: admin            Page 1 of 2

Date Rcvd: Mar 01, 2023      Form ID: pdfintp        Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Vehicle Acceptance Corporation, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 01 2023 22:33:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira  LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital  Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | |

District/off: 0542-3
Date Rcvd: Mar 01, 2023

User: admin
Form ID: pdfintp

Page 2 of 2
Total Noticed: 4

on behalf of Creditor City Of El Paso don.stecker@lgbs.com

James Randolph Liebler, II

on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com  mkv@lgplaw.com

James W. Brewer

on behalf of Creditor Vehicle Acceptance Corporation jbrewer@kempsmith.com  tschoemer@kempsmith.com

United States Trustee - EP12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 6