**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| VEHICLE ACCEPTANCE CORPORATION, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**RESPONSE TO MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR RELEIF FROM STAY AGAINST PROPERTY OF THE ESTATE AND WAIVER OF 30-DAY REQUIREMENT**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Comes now A&R Chavira, LLC ("ARC"), Debtor and Debor in Possession in this Chapter 11 proceeding, by and through its attorneys of record, Miranda & Maldonado, P.C., and files its Response to Motion of Vehicle Acceptance Corporation for Relief from Stay Against Property of the Estate and Waiver of 30-Day Requirement (the "Motion") and would respectfully show the Court as follows:

### I.     Background

1.     ARC admits the procedural assertions contained in **Paragraph 1** of the Motion.

2.     ARC admits the factual assertions contained in **Paragraph 2** of the Motion.

3.     ARC admits the factual assertion contained in **Paragraph 3** of the Motion.

A&R Chavira (C11) – Response to Motion for Relief of VAC – Page 1

4. ARC admits the factual statements contained in **Paragraph 4** of the Motion.

5. ARC is not able to admit or deny the assertions contained in **Paragraph 5** of the Motion.

6. ARC objects to the relief requested in **Paragraph 6** of the Motion.

7. ARC objects to the assertions contained in **Paragraph 7** of the Motion.

8. ARC objects to the assertions contained in **Paragraph 8** of the Motion.

9. ARC does not object to the assertion contained in **Paragraph 9** of the Motion.

10. No response is necessary to the assertions contained in **Paragraph 10** of the Motion.

WHEREFORE, premises considered, A&R Chavira, LLC, the Debtor, respectfully requests that the Court enter an Order denying the request for the termination of the automatic stay and granting such other relief as the Court deems proper.

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda
Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**
Attorneys for A&R Chavira, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this, the 7th day of March 2023, I served a true and correct copy of the foregoing instrument as listed on the Court's ECF noticing system to the Parties in the attached Matrix.

    /s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
SBN: 14199582
Attorney for A&R Chavira, LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 23-30067-hcm<br>Western District of Texas<br>El Paso<br>Tue Mar  7 16:02:02 CST 2023 | A&R Chavira, LLC<br>6900 Gateway Blvd. East<br>El Paso, TX 79915-1105 | United States Trustee (SMG311)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | Alcala CPA<br>9440 Viscount Blvd., Ste. 111<br>El Paso, TX. 79925-7054 | Alexander Chavira<br>7165 Almeda Ave.<br>El Paso, TX. 79915 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | City of El Paso<br>c/o Don Stecker<br>Weston Centre, 112 E. Pecan St., Ste. 22<br>San Antonio, TX 78205-1512 | Internal Revenue Service (IRS)<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Libertas Funding, LLC<br>411 West Putnam Ave<br>Suite 220<br>Taftville, CT 06380 | NextGear Capital, Inc.<br>c/o Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 | Nextgear Capital, Inc.<br>11799 North College Ave.<br>Carmel, IN 46032-5605 |
| Pete Borrego<br>7000 Industrial Ave.<br>El Paso, TX. 79915-1110 | Scooter Outlet<br>6900 Gateway Blvd. East<br>El Paso, TX. 79915-1105 | Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX. 79935-4910 |
| (p)LOAN SERVICING<br>LOAN SUPPORT<br>PO BOX 5961<br>MADISON WI 53705-0961 | Suncoast Funding<br>141 NE 3rd Avenue<br>Suite 100<br>Miami, FL 33132-2207 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Workforce Commission<br>TWC Building - Regulatory Integrity Divi<br>101 East 15th Street<br>Austin, TX 78778-0001 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 | United States Attorney, Civil Process Clerk<br>Department of Justice<br>601 N. W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 |
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | United States Trustee's Office<br>615 E. Houston, Ste. 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Vehicle Acceptance Corporation<br>901 Main Street, Ste. 3450<br>Dallas, TX. 75202-3752 |
| WESTLAKE FLOORING COMPANY LLC<br>c/o James R. Liebler, II, Esquire<br>Liebler, Gonzalez & Portuondo<br>44 West Flagler St., Suite 2500<br>Miami, FL 33130-1817 | Westlake Flooring Company, LLC<br>4751 Wilshire Blvd.<br>Los Angeles, CA 90010-3827 | White Sands Federal Credit Union<br>P.O. Box 99<br>Las Cruces, NM 88004-0099 |
| Carlos A. Miranda<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs<br>Bldg. 7<br>El Paso, TX 79912-4126 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205 | State Farm Bank<br>Attn: Bankruptcy<br>P.O. Box 2327<br>Bloomington, IL 61702 | Texas Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Sect<br>P.O. Box 13528<br>Austin, TX 78711-3528 |

**End of Label Matrix**
**Mailable recipients**    27
**Bypassed recipients**     0
**Total**                  27