UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:                                             )
                                                   )
A&R CHAVIRA, LLC,                                  )     Case Number 23-30067-hcm
                                                   )
                                                   )
                                                   )     Chapter 11
    Debtor.                                        )

## WITNESS AND EXHIBIT LIST

Following is a list of the exhibits Vehicle Acceptance Corporation may introduce and witnesses it may call at the hearing on the Motion of Vehicle Acceptance Corporation for Relief From Stay Against Property of the Estate scheduled for March 8, 2023:

### I. WITNESSES

1.  Sara Upton
    Vehicle Acceptance Corporation
    c/o Kemp Smith LLP
    221 N. Kansas, Suite 1700
    El Paso, Texas 79901

2.  Alexander Chavira
    c/o Carlos A. Miranda
    5915 Silver Springs, Bldg. 7
    El Paso, Texas 79912

3.  Any witnesses designated or called by any other party and any rebuttal witnesses

### II. Exhibits

M-1.  Floor Plan Agreement

M-2.  Demand Promissory Note and Security Agreement

M-3.  UCC-1 Financing Statement

M-4.  Inventory List of Vehicles

M-5.  Affidavit of Sara Upton

M-6.  Schedules

43K9112

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for Vehicle Acceptance Corporation

By: _____
James W. Brewer
State Bar No. 02965200
Jim.brewer@kempsmith.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of this Witness and Exhibit List and the referenced exhibits were delivered by email on March 8, 2023 to.

_____
James W. Brewer

43K9112