

Hearing held on 3/15/2023.

The relief described hereinbelow is SO ORDERED.

Signed March 15, 2023.

**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case Number 23-30067-hcm |
| | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

### AGREED ORDER GRANTING MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR RELIEF FROM STAY AGAINST PROPERTY OF THE ESTATE

On this day, came on to be considered the Motion of Vehicle Acceptance Corporation for Relief From Stay Against Property of the Estate and Waiver of 30-Day Requirement (the "*Motion*") filed by Vehicle Acceptance Corporation ("*VAC*") and the Response thereto filed by A&R Chavira, LLC, the Debtor. VAC asserts a lien on all assets owned by A&R Chavira, LLC, a Texas limited liability company, including but not limited to the vehicles listed on Exhibit "A" attached hereto and proceeds therefrom (the "*Collateral*").

The Court finds that notice of the Motion and the hearing on the Motion was proper and sufficient. Further, the parties to this Agreed Order stipulate that there is cause to lift the automatic stay and agree to

1

a lifting of the stay. After consideration of the pleadings and finding that the Motion is unopposed, the Court is of the opinion the Motion should be granted and the automatic stay should be lifted.

**IT IS THEREFORE ORDERED that:**

1. The automatic stay is lifted in all respects as to the VAC. VAC may take possession of and foreclose its lien on the Collateral and all proceeds of and from the Collateral.

2. The fourteen (14) day stay set out in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and the VAC may proceed under this Order immediately.

3. This Order shall be valid and subsisting even in the event this case is converted to another chapter of the Bankruptcy Code.

###

**AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE BY:**

Kemp Smith LLP
221 N. Kansas, Suite 1700
El Paso, Texas 79901
915.533.4424
Attorneys for Vehicle Acceptance Corporation

By: _____
James W. Brewer

Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
Attorneys for the Debtor

By: _____
Carlos Miranda
Attorney for the Debtor

43L1369

Exhibit "A"

| Vehicle | VIN |
|---|---|
| 2019/Ford/F150/Gry46 | 1FTEW1E56KFB47146 |
| 2020/Jeep/Wrangler/Gry84. | 1C4HJXDN3LW248484 |
| 2017/Ford/Fusion/Gry35 | 3FA6P0LU8HR123535 |
| 2013/Audi/A6/Wht74 | WAUGFAFC1DN092374 |
| 2016/Hyunda/Gnsis/Gry61. | KMHGN4JE9GU115261 |
| 2013/Audi/A5/Wht86 | WAULFAFR1DA059286 |
| 2015/Nissan/NV1500/Wht07 | 1N6BF0KLXFN803907 |
| 2018/Ford/Focus/Wht37. | 1FADP3K24JL262137 |
| 2014/Chevy/Camaro/Slvr51. | 2G1FB3D39E9160751 |
| 2008/Ram/2500/Rd83. | 3D7KS28A48G115483 |
| 2016/Jeep/Wranglr/Wht53 | 1C4HJWDG3GL282153 |
| 2017/VW/Jetta/Gry33 | 3VW2B7AJ0HM232333 |
| 2018/Kia/Optima/Gry02 | 5XXGT4L3XJG212102 |
| 2016/VW/Golf/Gry65 | 3VW217AU2GM029665 |
| 2014/Chryslr/T&C/Slvr00 | 2C4RC1GG2ER412800 |
| 2012/Audi/A6/Blu76. | WAUGGAFC6CN034076 |
| 2016/Acura/MDX/Blk81 | 5FRYD3H47GB001981 |
| 2014/Mits/Lancer/Gry22 | JA32W8FV2EU018622 |
| 2014/Dodge/Chargr/Wht56 | 2C3CDXEJ0EH154856 |
| 2013/Toyot/Prius/Blu15 | JTDKN3DU7D1723515 |
| 2012/VW/GLI/Gry8263. | 3VW5A7AJ6CM088263 |
| 2015/Chrysler/200/Rd10. | 1C3CCCAB5FN648410 |
| 2014/Audi/A5/Gry91. | WAUCFAFRXEA037191 |
| 2013/Audi/Q5/Blk56. | WA1LFAFP0DA054656 |
| 2018/Honda/CRV/Blue87 | 5J6RW2H84JA000987 |
| 2013/Jeep/Wrangler/Red83 | 1C4BJWDG0DL523183 |
| 2016/Buick/Regal/Blk56 | 2G4GR5EX9G9157156 |
| 2019/Ford/F150/Gry84 | 1FTEW1EB4KKC55584 |
| 2015/Chevy/Tahoe/Slver99 | 1GNSCCKC5FR143899 |
| 2018/Ford/F150/Wht46 | 1FTFW1E56JKD33246 |
| 2015/Chevy/1500/Slvr55 | 3GCPCREC9FG365455 |
| 2015/Maserat/Ghibl/Blu36. | ZAM57XSA9F1159436 |

43L1369