

Hearing held on 3/15/2023.

**The relief described hereinbelow is SO ORDERED.**

**Signed March 15, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case Number 23-30067-hcm |
| | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## AGREED ORDER GRANTING MOTION OF VEHICLE ACCEPTANCE CORPORATION FOR RELIEF FROM STAY AGAINST PROPERTY OF THE ESTATE

On this day, came on to be considered the Motion of Vehicle Acceptance Corporation for Relief From Stay Against Property of the Estate and Waiver of 30-Day Requirement (the "*Motion*") filed by Vehicle Acceptance Corporation ("*VAC*") and the Response thereto filed by A&R Chavira, LLC, the Debtor. VAC asserts a lien on all assets owned by A&R Chavira, LLC, a Texas limited liability company, including but not limited to the vehicles listed on Exhibit "A" attached hereto and proceeds therefrom (the "*Collateral*").

The Court finds that notice of the Motion and the hearing on the Motion was proper and sufficient. Further, the parties to this Agreed Order stipulate that there is cause to lift the automatic stay and agree to

43L1369

1

a lifting of the stay. After consideration of the pleadings and finding that the Motion is unopposed, the Court is of the opinion the Motion should be granted and the automatic stay should be lifted.

**IT IS THEREFORE ORDERED that:**

1. The automatic stay is lifted in all respects as to the VAC. VAC may take possession of and foreclose its lien on the Collateral and all proceeds of and from the Collateral.

2. The fourteen (14) day stay set out in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and the VAC may proceed under this Order immediately.

3. This Order shall be valid and subsisting even in the event this case is converted to another chapter of the Bankruptcy Code.

###

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE BY:

Kemp Smith LLP
221 N. Kansas, Suite 1700
El Paso, Texas 79901
915.533.4424
Attorneys for Vehicle Acceptance Corporation

By: _____
James W. Brewer

Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
Attorneys for the Debtor

By: _____
Carlos Miranda
Attorney for the Debtor

43L1369

## Exhibit "A"

| Vehicle | VIN |
|---|---|
| 2019/Ford/F150/Gry46 | 1FTEW1E56KFB47146 |
| 2020/Jeep/Wrangler/Gry84. | 1C4HJXDN3LW248484 |
| 2017/Ford/Fusion/Gry35 | 3FA6P0LU8HR123535 |
| 2013/Audi/A6/Wht74 | WAUGFAFC1DN092374 |
| 2016/Hyunda/Gnsis/Gry61. | KMHGN4JE9GU115261 |
| 2013/Audi/A5/Wht86 | WAULFAFR1DA059286 |
| 2015/Nissan/NV1500/Wht07 | 1N6BF0KLXFN803907 |
| 2018/Ford/Focus/Wht37. | 1FADP3K24JL262137 |
| 2014/Chevy/Camaro/Slvr51. | 2G1FB3D39E9160751 |
| 2008/Ram/2500/Rd83. | 3D7KS28A48G115483 |
| 2016/Jeep/Wranglr/Wht53 | 1C4HJWDG3GL282153 |
| 2017/VW/Jetta/Gry33 | 3VW2B7AJ0HM232333 |
| 2018/Kia/Optima/Gry02 | 5XXGT4L3XJG212102 |
| 2016/VW/Golf/Gry65 | 3VW217AU2GM029665 |
| 2014/Chryslr/T&C/Slvr00 | 2C4RC1GG2ER412800 |
| 2012/Audi/A6/Blu76. | WAUGGAFC6CN034076 |
| 2016/Acura/MDX/Blk81 | 5FRYD3H47GB001981 |
| 2014/Mits/Lancer/Gry22 | JA32W8FV2EU018622 |
| 2014/Dodge/Chargr/Wht56 | 2C3CDXEJ0EH154856 |
| 2013/Toyot/Prius/Blu15 | JTDKN3DU7D1723515 |
| 2012/VW/GLI/Gry8263. | 3VW5A7AJ6CM088263 |
| 2015/Chrysler/200/Rd10. | 1C3CCCAB5FN648410 |
| 2014/Audi/A5/Gry91. | WAUCFAFRXEA037191 |
| 2013/Audi/Q5/Blk56. | WA1LFAFP0DA054656 |
| 2018/Honda/CRV/Blue87 | 5J6RW2H84JA000987 |
| 2013/Jeep/Wrangler/Red83 | 1C4BJWDG0DL523183 |
| 2016/Buick/Regal/Blk56 | 2G4GR5EX9G9157156 |
| 2019/Ford/F150/Gry84 | 1FTEW1EB4KKC55584 |
| 2015/Chevy/Tahoe/Slver99 | 1GNSCCKC5FR143899 |
| 2018/Ford/F150/Wht46 | 1FTFW1E56JKD33246 |
| 2015/Chevy/1500/Slvr55 | 3GCPCREC9FG365455 |
| 2015/Maserat/Ghibl/Blu36. | ZAM57XSA9F1159436 |

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30067-hcm |
| A&R Chavira, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2023 | Form ID: pdfintp | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |
| cr | + NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + Vehicle Acceptance Corporation, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 15 2023 22:11:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 17, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: pdfintp | Total Noticed: 4 |

                    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

James Randolph Liebler, II

                    on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com mkv@lgplaw.com

James W. Brewer

                    on behalf of Creditor Vehicle Acceptance Corporation jbrewer@kempsmith.com tschoemer@kempsmith.com

United States Trustee - EP12

                    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 6