**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |

## DEBTOR'S § 1116(1) STATEMENT

Attached hereto are copies of the Debtor's most recent (check as many as apply)

☒ Balance Sheet

☒ Income Statement

☐ Cash-flow Statement

☐ Federal Income Tax Return

If a box above is not checked, that is because there have been no such document(s) prepared.

Signed at El Paso, Texas under penalty of perjury, this 22nd day of March 2023.

**A&R Chavira, LLC**

Alexander Chavira
~~Its: President~~

## CERTIFICATE OF SERVICE

I, Carlos A. Miranda, Esq., do hereby that on the 22nd day of March 2023, a true and correct copy of the Debtor's § 1116(1) Statement was served, by electronic mail as provided by this Court's ECF System to the following Parties: Office of the U.S. Trustee, Office of the U.S. Trustee, San Antonio, TX 78295-1539 and the attached Matrix.

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
Attorneys for the Debtor

A&R Chavira – Debtor's § 1116 Statement

```
Label Matrix for local noticing          A&R Chavira, LLC                          United States Trustee (SMG311)
0542-3                                   6900 Gateway Blvd. East                   U.S. Trustee's Office
Case 23-30067-hcm                        El Paso, TX 79915-1105                    615 E. Houston, Suite 533
Western District of Texas                                                          P.O. Box 1539
El Paso                                                                            San Antonio, TX 78295-1539
Tue Mar  7 16:02:02 CST 2023

U.S. BANKRUPTCY COURT                    Alcala CPA                                Alexander Chavira
511 E. San Antonio Ave., Rm. 444         9440 Viscount Blvd., Ste. 111             7165 Almeda Ave.
EL PASO, TX 79901-2417                   El Paso, TX. 79925-7054                   El Paso, TX. 79915


(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP City of El Paso                           Internal Revenue Service (IRS)
ATTN DON STECKER                         c/o Don Stecker                           Centralized Insolvency Office
112 E PECAN                              Weston Centre, 112 E. Pecan St., Ste. 22  P. O. Box 7346
SUITE 2200                               San Antonio, TX 78205-1512                Philadelphia, PA 19101-7346
SAN ANTONIO TX 78205-1588


Libertas Funding, LLC                    NextGear Capital, Inc.                    Nextgear Capital, Inc.
411 West Putnam Ave                      c/o Christopher V. Arisco                 11799 North College Ave.
Suite 220                                Padfield & Stout, LLP                     Carmel, IN 46032-5605
Taftville, CT 06380                      420 Throckmorton Street, Suite 1210
                                         Fort Worth, Texas 76102-3792


Pete Borrego                             Scooter Outlet                            Small Business Administration
7000 Industrial Ave.                     6900 Gateway Blvd. East                   10737 Gateway West, #300
El Paso, TX. 79915-1110                  El Paso, TX. 79915-1105                   El Paso, TX. 79935-4910


(p)LOAN SERVICING                        Suncoast Funding                          (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LOAN SUPPORT                             141 NE 3rd Avenue                         REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 5961                              Suite 100                                 PO BOX 13528
MADISON WI 53705-0961                    Miami, FL 33132-2207                      AUSTIN TX 78711-3528


Texas Workforce Commission               United States Attorney General            United States Attorney, Civil Process Clerk
TWC Building - Regulatory Integrity Divi Department of Justice                     Department of Justice
101 East 15th Street                     950 Pennsylvania Ave., N.W.               601 N. W. Loop 410, Suite 600
Austin, TX 78778-0001                    Washington, DC 20530-0009                 San Antonio, TX 78216-5512


United States Trustee - EP12             United States Trustee's Office            Vehicle Acceptance Corporation
U.S. Trustee's Office                    615 E. Houston, Ste. 533                  901 Main Street, Ste. 3450
615 E. Houston, Suite 533                P.O. Box 1539                             Dallas, TX. 75202-3752
P.O. Box 1539                            San Antonio, TX 78295-1539
San Antonio, TX 78295-1539


WESTLAKE FLOORING COMPANY LLC            Westlake Flooring Company, LLC            White Sands Federal Credit Union
c/o James R. Liebler, II, Esquire        4751 Wilshire Blvd.                       P.O. Box 99
Liebler, Gonzalez & Portuondo            Los Angeles, CA 90010-3827                Las Cruces, NM 88004-0099
44 West Flagler St., Suite 2500
Miami, FL 33130-1817


Carlos A. Miranda
Miranda & Maldonado, P.C.
5915 Silver Springs
Bldg. 7
El Paso, TX 79912-4126
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205 | State Farm Bank<br>Attn: Bankruptcy<br>P.O. Box 2327<br>Bloomington, IL 61702 | Texas Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Sect<br>P.O. Box 13528<br>Austin, TX 78711-3528 |

**End of Label Matrix**
**Mailable recipients**    27
**Bypassed recipients**     0
**Total**                  27

# A&R Chavira LLC

Balance Sheet

As of January 24, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     Checking - First Light | 636.33 |
|     Savings | 5.00 |
|   **Total Bank Accounts** | **$641.33** |
|   Other Current Assets | |
|     Inventory Asset | 446,700.00 |
|   **Total Other Current Assets** | **$446,700.00** |
|   **Total Current Assets** | **$447,341.33** |
| **TOTAL ASSETS** | **$447,341.33** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|   Other Current Liabilities | |
|     Line of Credit - NextGear | 273,744.95 |
|     Line of Credit - Vehicle Acceptance | 308,451.43 |
|     Line of Credit - Westlake Flooring | 139,614.28 |
|     Loan Payable - Libertas Funding | 31,285.20 |
|     Loan Payable - SFG | 100,302.90 |
|     Payroll Tax Liabilities | **42.00** |
|   **Total Other Current Liabilities** | **$853,440.76** |
|   **Total Current Liabilities** | **$853,440.76** |
|   Long-Term Liabilities | |
|     Loan Payable - SBA Treasury | 113,700.00 |
|   **Total Long-Term Liabilities** | **$113,700.00** |
|   **Total Liabilities** | **$967,140.76** |
|   Equity | $ (519,799.43) |
| **TOTAL LIABILITIES AND EQUITY** | **$447,341.33** |

# A&R Chavira LLC

Profit and Loss

October 26, 2022 - January 24, 2023

|  | TOTAL |
|---|---:|
| Income | |
|   Sales - Autos | 545,341.07 |
|     Refunds / Returned Checks | (6,000.00) |
| **Total Sales - Autos** | **539,341.07** |
| **Total Income** | **$539,341.07** |
| Cost of Goods Sold | **$608,892.07** |
| GROSS PROFIT | $ (69,551.00) |
| Expenses | |
|   Advertising & Marketing | 5,277.44 |
|   Bank Charges | 1,188.70 |
|   Commission Expense | 8,164.04 |
|   Contractors | 12,425.00 |
|   Dues & Subscriptions | 2,710.22 |
|   Finance Fees | 9,380.00 |
|   Gas / Fuel | 1,131.83 |
|   Insurance | 2,704.29 |
|   Interest Expense | 7,094.28 |
|   Meals | 186.71 |
|   Merchant Account Fees | 1,407.71 |
|   Postage | 51.96 |
|   Professional Services | 180.00 |
|   Rent Expense | 12,943.18 |
|   Repairs & Maintenance | 2,091.72 |
|   Supplies | **1,986.84** |
|   Taxes & Licenses | **4,847.78** |
|   Telephone & Internet | 1,772.89 |
|   Utilities | 673.08 |
|   Wages Expense | 8,023.07 |
|   Waste Disposal | 857.87 |
| **Total Expenses** | **$85,098.61** |
| NET OPERATING INCOME | $ (154,649.61) |
| Other Income | $238.14 |
| NET OTHER INCOME | $238.14 |
| NET INCOME | $ (154,411.47) |