

**EXHIBIT 1**

TOTALS A&R CHAVIRA LLCBA RA AUTO GROUP

| UNITS IN STOCK | in stock | # UNITS | OWED | | EST ACV |
|---|---|---|---|---|---|
| NEXTGEAR RA AUTO | 16 | 16 | 188398.91 | | 137700 |
| VEHICLE ACCEPTANCE | 23 | 23 | 236977.38 | | 194500 |
| WESTLAKE FLOORING | 7 | 7 | 76588.97 | | 67000 |
| PAID UNITS | 10 | 10 | 0 | | 47500 |

| UNITS SOLD RA Auto Group | | | | TO COLLECT | |
|---|---|---|---|---|---|
| NEXTGEAR RA AUTO | | 7 | 83140.5 | 0 | |
| WESTLAKE FLOORING | | 6 | 71696.63 | 9065.51 | |
| VEHICLE ACCEPTNACE | | 9 | 122714.02 | 9197.91 | |

| | | | | | |
|---|---|---|---|---|---|
| SOLD Chavira Nextgear | | 8 | 88118.3 | 0 | |

| | in stock unts | | total owed | pend funding | acv of all inventory |
|---|---|---|---|---|---|
| RA Auto | 56 | | 779516.41 | 18263.42 | 446700 |



| | | | | |
|---|---|---|---|---|
| Phone | (855)493-7357 | | | |
| Email | dealer@wfs-flooring.com | | | |
| Date | 2/4/2023 14:05 | | | |

| | FLR DT | Days FLRed | # of Ext | Description | Miles | Sold | Audit | Title | CP | Fee | PCR | Interest | Paid to Date | Due Date | PD | Curtailment | Pay Off | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/1/2022 | 157 | 2 | 2G1FA1E35F9301547 2015 CHEVROLET CAMARO Brown | 62,627 | Audit Sold | Unresolved | Received | $9,423.86 | $825.00 | $100.00 | $111.11 | $2,761.63 | 1/30/2023 | $3.27 | $10,432.27 | $10,532.27 | $6,000.00 |
| 2 | 11/1/2022 | 96 | 0 | WA1LAAF7XHD027600 2017 AUDI Q7 PRM + WHITE | 80,927 | Unsold | Resolved | Received | $19,807.50 | $250.00 | $100.00 | $227.87 | $1,794.96 | 1/30/2023 | $6.88 | $1,593.61 | $20,533.61 | $19,500.00 |
| 3 | 9/8/2022 | 150 | 1 | KNAFX4A86F5281358 2015 KIA FORTE EX Silver | 101,599 | Unsold | Resolved | Received | $5,550.50 | $75.00 | $100.00 | $53.42 | $1,738.78 | 2/6/2023 | $1.93 | | $5,813.72 | $4,000.00 |
| 4 | 9/1/2022 | 157 | 2 | 1C3CCCBB5FN561444 2015 CHRYSLER 200 S WHITE | 64,794 | Unsold | Resolved | Received | $4,264.00 | $225.00 | $100.00 | $5.68 | $2,137.52 | 2/27/2023 | $1.48 | | $4,598.24 | $5,000.00 |
| 5 | 12/6/2022 | 61 | 0 | 19XFC1F93GE201535 2016 HONDA CIVIC TRG GRAY | 80,043 | Unsold | Resolved | Received | $13,016.90 | $75.00 | $100.00 | $4.52 | $1,212.17 | 3/6/2023 | $4.52 | $767.33 | $13,199.13 | $12,000.00 |
| 6 | 1/12/2023 | 24 | 0 | 2C3CDXHG4HH561938 2017 DODGE CHARGER SXT White | 113,751 | Unsold | Resolved | Pending | $8,230.00 | $110.00 | $100.00 | $60.94 | $0.00 | 3/13/2023 | $2.86 | $621.77 | $8,540.27 | $7,000.00 |
| 7 | 1/24/2023 | 12 | 0 | 2C4RC1BGXKR651692 2019 CHRYSLER PACIF TRG L Silver | 123,883 | Unsold | Resolved | Pending | $13,085.00 | $110.00 | $100.00 | $46.70 | $0.00 | 3/24/2023 | $4.54 | $840.98 | $13,371.73 | $13,500.00 |

| | UNITS | | |
|---|---|---|---|
| | 7 | $76,588.97 | $67,000.00 |

|    | YEAR | MAKE          | MODEL       | VIN               | ODOMETER     | PAID  | ACV   |
|----|------|---------------|-------------|-------------------|--------------|-------|-------|
| 1  | 2012 | LAND ROVER    | RANGE ROVER | SALSK2D40DA784720 | 92,963       | 10345 | 6000  |
| 2  | 2011 | BMW           | 328I        | WBAPH7C52BE675827 | 103985       | 6455  | 1500  |
| 3  | 2014 | MERCEDES BENZ | C250        | WDDGJ4HB4EG188230 | 105,896      | 7355  | 4000  |
| 4  | 2003 | CHEVROLET     | CORVETTE    | 1G1YY32G635106105 | 179,172      | 4240  | 3000  |
| 5  | 2010 | CADILLAC      | CTS         | 1G6DV5EP5A0104462 | 101,306      | 16655 | 10000 |
| 6  | 2013 | MERCEDES BENZ | C250        | WDDGJ4HB7DG054360 | 70186        | 7765  | 4000  |
| 7  | 2007 | RAM           | 2500        | 1D7KS28C67J503376 | 214415       | 7865  | 5000  |
| 8  | 2006 | HONDA         | CIVIC SI    |                   | EXEMPT 200K  | 2500  | 1500  |
| 9  | 2013 | BMW           | M5          | WBSFV9C57ED097715 | 101,637      | 29450 | 12000 |
| 10 | 2004 | BMW           | 530I        |                   | UKNOWN       | 2700  | 500   |
|    |      |               |             |                   | 10           | 95330 | 47500 |

Vehicle Acceptance

| # | VIN | Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Color | Title Status | Issue Date | Days Outst | Days Past | Loan # | Plan | Maturity Date | Payoff Balance | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1C4HJXDN3LW248484 | 2020 | Jeep | Wrangler unlimit | Gray | Received | 10/27/2022 | 100 | 10 | 670232 | C10 Re-Floor 202206 | 01/25/2023 | 16674.64 | 16000 |
| 2 | WAUGFAFC1DN092374 | 2013 | Audi | A6 | White | Received | 10/28/2022 | 99 | 9 | 670327 | T10 10K to 15K 2022 | 01/26/2023 | 9386.31 | 7500 |
| 3 | KMHGN4JE9GU115261 | 2016 | Hyundai | Genesis | Gray | Received | 11/03/2022 | 93 | 3 | 670623 | C05 Re-Floor 202206 | 02/01/2023 | 6761.88 | 5000 |
| 4 | WAULFAFR1DA059286 | 2013 | Audi | A5 | White | Received | 11/11/2022 | 85 | 0 | 671019 | T10 5K to 10K - 2022 | 02/09/2023 | 4861.80 | 3500 |
| 5 | 1N6BF0KLXFN803907 | 2015 | Nissan | Nv cargo | White | Received | 11/11/2022 | 85 | 0 | 671021 | T10 10K to 15K 2022 | 02/09/2023 | 11071.43 | 9500 |
| 6 | 1FADP3K24JL262137 | 2018 | Ford | Focus | White | Received | 11/17/2022 | 79 | 0 | 671278 | C05 Re-Floor 202206 | 02/15/2023 | 5999.29 | 3500 |
| 7 | 2G1FB3D39E9160751 | 2014 | Chevrolet | Camaro | Silver | Received | 11/17/2022 | 79 | 0 | 671279 | C05 Re-Floor 202206 | 02/15/2023 | 7479.07 | 5000 |
| 8 | 3VW2B7AJ0HM232333 | 2017 | Volkswagen | Jetta | Gray | Received | 11/18/2022 | 78 | 0 | 671411 | T10 5K to 10K - 2022 | 02/16/2023 | 5717.61 | 4500 |
| 9 | 5XXGT4L3XJG212102 | 2018 | Kia | Optima | Gray | Received | 11/18/2022 | 78 | 0 | 671412 | T10 5K to 10K - 2022 | 02/16/2023 | 9621.06 | 7000 |
| 10 | 3VW217AU2GM029665 | 2016 | Volkswagen | Golf | Gray | Received | 11/18/2022 | 78 | 0 | 671413 | T10 5K to 10K - 2022 | 02/16/2023 | 9532.77 | 7000 |
| 11 | 2C4RC1GG2ER412800 | 2014 | Chrysler | Town and country | Silver | Received | 11/18/2022 | 78 | 0 | 671414 | T10 5K to 10K - 2022 | 02/16/2023 | 8401.50 | 5000 |
| 12 | WAUGGAFC6CN034076 | 2012 | Audi | A6 | Blue | Received | 12/02/2022 | 64 | 0 | 672008 | C05 Re-Floor 202206 | 03/02/2023 | 7748.65 | 4000 |
| 13 | 5FRYD3H47GB001981 | 2016 | Acura | Mdx | Black | Received | 12/08/2022 | 58 | 0 | 672195 | T10 10K to 15K 2022 | 03/08/2023 | 14488.08 | 12500 |
| 14 | JTDKN3DU7D1723515 | 2013 | Toyota | Prius | Blue | Received | 12/09/2022 | 57 | 0 | 672295 | T10 5K to 10K - 2022 | 03/09/2023 | 8876.38 | 6000 |
| 16 | WAUCFAFRXEA037191 | 2014 | Audi | A5 | Gray | Received | 12/29/2022 | 37 | 0 | 673151 | C05 Re-Floor 202206 | 03/29/2023 | 7535.42 | 8500 |
| 17 | WA1LFAFP0DA054656 | 2013 | Audi | Q5 | Black | Not Reciev | 12/29/2022 | 37 | 0 | 673158 | C05 Re-Floor 202206 | 03/29/2023 | 6562.90 | 5000 |
| 18 | 5J6RW2H84JA000987 | 2018 | Honda | Cr-v | Blue | Received | 01/04/2023 | 31 | 0 | 673328 | C20 20220601 31 Tot | 04/04/2023 | 14081.80 | 12500 |
| 19 | 1C4BJWDG0DL523183 | 2013 | Jeep | Wrangler unlimit | Red | Received | 01/04/2023 | 31 | 0 | 673329 | C20 20220601 31 Tot | 04/04/2023 | 12651.84 | 11500 |
| 20 | 2G4GR5EX9G9157156 | 2016 | Buick | Regal | Black | Received | 01/05/2023 | 30 | 0 | 673459 | T10 5K to 10K - 2022 | 04/05/2023 | 7472.60 | 6000 |
| 21 | 1GNSCCKC5FR143899 | 2015 | Chevrolet | Tahoe | Silver | Received | 01/09/2023 | 26 | 0 | 673627 | C20 20220601 26 Day | 04/09/2023 | 19612.80 | 18500 |
| 22 | 1FTFW1E56JKD33246 | 2018 | Ford | F-150 | White | Received | 01/19/2023 | 16 | 0 | 674163 | NI - 20220601 16 Day | 04/19/2023 | 21466.22 | 19500 |
| 23 | 3GCPCREC9FG365455 | 2015 | Chevrolet | Silverado 1500 | Silver | Received | 01/19/2023 | 16 | 0 | 674164 | T10 10K to 15K 2022 | 04/19/2023 | 11651.02 | 8500 |
| 24 | ZAM57XSA9F1159436 | 2015 | Maserati | Ghibli | Blue | Received | 01/20/2023 | 15 | 0 | 674223 | C05 Re-Floor 202206 | 04/20/2023 | 9322.31 | 8500 |
| | | | | | | | | | | | | 24 | 236977.38 | 194500 |

## VAC SOLD UNITS

| VIN | Year | Make | Model | Color | Status | Date | | | Ref | Note | Date2 | | | Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FTEW1E56KFB47146 | 2019 | Ford | F-150 | Gray | Released | 10/14/202 | 113 | 23 | 669680 | NI - 20220 | 01/12/2023 | | | 26556.09 | | | | |
| 3FA6P0LU8HR123535 | 2017 | Ford | Fusion hybrid | Gray | Received | 10/28/202 | 99 | 9 | 670326 | T10 10K to | 01/26/2023 | | | 9501.30 | | | | |
| 3D7KS28A48G115483 | 2008 | Dodge | Ram pickup 2500 | Red | Received | 11/18/202 | 78 | 0 | 671389 | C05 Re-Flo | 02/16/2023 | | | 8800.40 | | | | |
| 1C4HJWDG3GL282153 | 2016 | Jeep | Wrangler unlimited | White | Received | 11/18/202 | 78 | 0 | 671410 | T10 10K to | 02/16/2023 | | | 12437.67 | | | | |
| JA32W8FV2EU018622 | 2014 | Mitsubishi | Lancer evolution | Gray | Received | 12/09/202 | 57 | 0 | 672293 | NI - 20220 | 03/09/2023 | | | 21312.09 | | | | |
| 2C3CDXEJ0EH154856 | 2014 | Dodge | Charger | White | Received | 12/09/202 | 57 | 0 | 672294 | T10 10K to | 03/09/2023 | | | 13547.58 | | | | |
| 3VW5A7AJ6CM088263 | 2012 | Volkswage | Jetta | Gray | Received | 12/15/202 | 51 | 0 | 672554 | C05 Re-Flo | 03/15/2023 | | | 5522.92 | | | | |
| 1FTEW1EB4KKC55584 | 2019 | Ford | F-150 | Gray | Received | 01/05/202 | 30 | 0 | 673460 | C10 20220 | 04/05/2023 | | | 19994.51 | | | | |
| 15 1C3CCCAB | | 2015 | Chrysler | 200 | Red | Received | 12/21/202 | | 45 | 0 | 672848 | C05 Re-Flo | 03/21/2023 | 5041.46 | | | 5041.46 | 122714.02 |

## WESTLAKE SOLD UNITS

| Date | # | # | VIN Description | Miles | Status | Status2 | Status3 | Amount | Fee1 | Fee2 | Fee3 | Fee4 | Date | Fee5 | Fee6 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/6/2022 | 61 | 0 | 1FA6P8CF4H5281177 2017 FORD MUST GT WHITE | 40,659 | Unsold | Resolved Unresolve d | Received | $16,876.75 | $75.00 | $100.00 | $5.86 | $1,538.84 | 3/6/2023 | $5.86 | $972.63 | $17,061.13 | |
| 12/15/2022 | 52 | 0 | 2C3CCAEGXGH294548 2016 CHRYSLER 300 C BLACK | 113,018 | Audit Sold | | Received Sent | $10,985.00 | $385.00 | $100.00 | $174.34 | $0.00 | 2/3/2023 | $3.81 | | $11,761.13 | |
| 11/10/2022 | 87 | 0 | 1ZVBP8FF0C5232536 2012 FORD MUST GT SILVER | 106,963 | Sold | Resolved | Trusted Sent | $10,331.25 | $100.00 | $100.00 | $86.37 | $970.36 | 2/7/2023 | $3.59 | $786.02 | $10,673.52 | |
| 8/2/2022 | 187 | 2 | 5NPEG4JA9MH082223 2021 Hyundai Sonata Black | 24,804 | Unsold | Resolved | Trusted | $11,472.00 | $375.00 | $100.00 | $135.29 | $4,435.51 | 1/30/2023 | $3.98 | | $12,170.72 | |
| 9/23/2022 | 135 | 1 | WA1GFCFS0GR017534 2016 AUDI Q3 AWD Black | 129,184 | Unsold | Resolved | Received | $10,285.00 | $75.00 | $100.00 | $49.91 | $2,945.27 | 2/21/2023 | $3.57 | | $10,542.01 | |
| 44784 | 178 | 2 | 2C3CDYAG0DH642168 2013 Dodge Challenger Black | 31703 | Sold | Resolved | Received | 8792 | 475 | 100 | 73.54 | 3561.72 | 44965 | 3.05 | | 9488.12 | $71,696.63 |

## RA SOLD UNITS NEXTGEAR

| Date | # | Date2 | Description | Color | VIN | Mi | Date3 | St | Loc | Amt1 | Amt2 | Amt3 | Fee1 | Fee2 | Fee3 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/05/2022 | 210 | 01/06/2023 | 2015 Cadi Esca | Whi | 1GYS3BKJ 7FR22966 3 | 275 | 02/06/2023 | B | Manheim El | $27,000.00 | $12,684.75 | $0.00 | $70.00 | $133.00 | $125.00 | $13,012.75 | |
| 11/01/2022 | 91 | 01/03/2023 | 2019 Dodg Gran | Mar | 2C4RDGC G6KR5854 80 | 300 | 02/02/2023 | B | Trade-In | $18,000.00 | $17,998.20 | $0.00 | $160.00 | $199.10 | $125.00 | $18,482.30 | |
| 12/21/2022 | 41 | | CUV  2012 Land Rang | Bla | SALSF2D4 2CA75330 9 | 309 | 02/21/2023 | B | Manheim Ca | $11,350.00 | $11,350.00 | $0.00 | $285.00 | $190.10 | $125.00 | $11,950.10 | |
| 10/19/2022 | 104 | | 2012 CHRY 300 | Bla | 2C3CCAD T7CH2533 35 | 298 | 02/21/2023 | S | Manheim Ca | $10,170.00 | $10,170.00 | $0.00 | $530.00 | $416.74 | $125.00 | $11,241.74 | |
| 11/18/2022 | 74 | 01/17/2023 | 2017 Hond Civi | Sil | 2HGFC2F7 6HH5297 54 | 303 | 02/16/2023 | B | Manheim Ri | $13,750.00 | $13,748.63 | $0.00 | $160.00 | $76.26 | $125.00 | $14,109.89 | |
| 11/22/2022 | 70 | 01/23/2023 | 2012 Audi A4 | Bla | WAUBFAF L7CN0159 40 | 305 | 02/22/2023 | B | Manheim Ri | $6,500.00 | $6,499.35 | $0.00 | $115.00 | $23.43 | $125.00 | $6,762.78 | |
| 11/07/2022 | 85 | 01/09/2023 | 2015 Jeep Comp | Whi | 1C4NJCBB 6FD43146 3 | 301 | 02/08/2023 | B | Manheim So | $7,275.00 | $7,274.27 | $0.00 | $115.00 | $66.67 | $125.00 | $7,580.94 | $83,140.50 |

## Nextgear Chavira auto sales

| Year | Make | Model | VIN | Amount |
|---|---|---|---|---|
| 2017 | KIA | FORTE | 3KPFL4A74HE099106 | 5519.09 |
| 2013 | FORD | MUSTANG | 1ZVBP8CFXD5264562 | 12433.87 |
| 2021 | KIA | FORTE | 3KPF24AD9ME274064 | 16204.58 |
| 2010 | FORD | MUSTANG | 1ZVBP8EN8A5174245 | 5181.27 |
| 2018 | MZDA | MZDA6 | JM1GL1VMXJ1312846 | 13923.68 |
| 2013 | BMW | 528I | WBAXG5C52DDY33454 | 8565.57 |
| 2016 | CADILLAC | ATS | 1G6AB5SA1G0102888 | 10078.31 |
| 2015 | CHEVROLE | SILVERADC | 3GCPCREC1FG384131 | 16211.96 |

88118.33

365669.48

| Date1 | Num1 | Date2 | Type | Vehicle | Color | VIN | # | FR | Date3 | B/S | Source | Amt1 | Amt2 | Fee1 | Fee2 | Fee3 | Fee4 | Total | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/2022 | 218 | 12/27/2022 | SAU | 2010 Audi S4 | Bla | WAUBGAFL3A A027326 | 272 | FR | 01/26/2023 | B | Manheim Ph | $7,440.00 | $3,495.35 | $0.00 | $70.00 | $0.00 | $125.00 | $3,749.65 | 3000 |
| 06/27/2022 | 218 | 12/27/2022 | SAU | 2016 Ford F150 | Whi | 1FTEX1CP2G KE56144 | 274 | FR | 01/26/2023 | B | El Paso In | $13,440.00 | $6,314.19 | $0.00 | $70.00 | $0.00 | $125.00 | $6,615.18 | 5000 |
| 07/19/2022 | 196 | 01/18/2023 | STK | 2021 Toyo Priu | Whi | JTDKAMFU9M 3148515 | 278 | FR | 02/17/2023 | B | Trade-In | $24,000.00 | $11,275.34 | $0.00 | $70.00 | $0.00 | $0.00 | $11,413.13 | 21000 |
| 07/25/2022 | 190 | 01/23/2023 | CUV | 2017 Ram 1500 | Whi | 1C6RR7NM9H S881600 | 279 | FR | 02/22/2023 | S | Chavira Au | $26,850.00 | $12,614.28 | $0.00 | $70.00 | $0.00 | $0.00 | $12,736.49 | 13500 |
| 08/11/2022 | 173 | 01/12/2023 | STK | 2017 Volk Tigu | Bla | WVGAV7AX5 HK049135 | 283 | FR | 02/10/2023 | S | Manheim So | $11,725.00 | $11,722.66 | $0.00 | $160.00 | $0.00 | $0.00 | $11,975.42 | 8500 |
| 09/04/2022 | 149 | 01/04/2023 | CUV | 2016 YAMA YXZ1 | Blu | 5Y4AN03Y5GA 103529 | 290 | FR | 02/03/2023 | S | Manheim El | $9,175.00 | $9,174.08 | $0.00 | $115.00 | $0.00 | $125.00 | $9,512.45 | 6500 |
| 09/21/2022 | 132 | 01/22/2023 | CV | 2018 Suba WRX | Whi | JF1VA1C60J9 817948 | 292 | FR | 02/21/2023 | B | Trade-In | $22,000.00 | $21,993.40 | $0.00 | $220.00 | $0.00 | $0.00 | $22,299.94 | 5000 |
| 10/13/2022 | 110 | 01/12/2023 | STK | 2017 Hyun Acce | Sil | KMHCT4AE9H U300495 | 295 | FR | 02/13/2023 | B | Manheim Ca | $7,965.00 | $7,963.40 | $0.00 | $115.00 | $0.00 | $0.00 | $8,141.42 | 4000 |
| 10/17/2022 | 106 | 01/18/2023 | STK | 2015 Chry 200 | Red | 1C3CCAB3F N617303 | 296 | FR | 02/17/2023 | B | Manheim El | $7,175.00 | $7,173.56 | $0.00 | $115.00 | $0.00 | $0.00 | $7,325.50 | 4000 |
| 10/20/2022 | 103 | 01/19/2023 | STK | 2014 Ram 1500 | Whi | 1C6RR7LT8E S407515 | 297 | FR | 02/21/2023 | S | Chavira Au | $14,850.00 | $14,847.04 | $0.00 | $160.00 | $0.00 | $0.00 | $15,077.22 | 7500 |
| 10/26/2022 | 97 | 01/29/2023 | CV | 2021 Volk Golf | Gra | 3VWG57AU6 MM011790 | 299 | FR | 02/27/2023 | B | Manheim So | $19,500.00 | $19,496.10 | $0.00 | $160.00 | $0.00 | $0.00 | $19,679.04 | 16500 |
| 11/25/2022 | 67 | 01/24/2023 | STK | 2017 Mazd Mazd | Red | JM1GL1W56H 1120700 | 306 | FR | 02/23/2023 | B | Trade-In | $16,500.00 | $16,498.35 | $0.00 | $160.00 | $0.00 | $0.00 | $16,703.75 | 12000 |
| 12/08/2022 | 54 | | STK | 2016 Ford Fusi | Red | 3FA6P0HD4G R115889 | 307 | FR | 02/06/2023 | B | Trade-In | $8,750.00 | $8,750.00 | $0.00 | $225.00 | $0.00 | $85.00 | $9,252.39 | 6000 |
| 12/08/2022 | 54 | | STK | 2014 Niss Path | Bla | 5N1AR2MN4E C727302 | 308 | FR | 02/06/2023 | B | Trade-In | $7,225.00 | $7,225.00 | $0.00 | $225.00 | $0.00 | $0.00 | $7,608.50 | 4500 |
| 12/27/2022 | 35 | | STK | 2014 Audi A7 | Sil | WAU2GAFC8 EN095605 | 310 | FR | 02/27/2023 | B | Manheim El | $17,800.00 | $17,800.00 | $0.00 | $285.00 | $0.00 | $0.00 | $18,338.65 | 17200 |
| 01/09/2023 | 22 | | | CUV 2011 Audi Q7 | Blu | WA1LGAFE2B D027789 | 312 | FR | 03/10/2023 | B | Trade-In | $7,550.00 | $7,550.00 | $0.00 | $225.00 | $0.00 | $125.00 | $7,970.18 | 3500 |

| 16 | | | | | | | | | | | | | | | | | | $188,398.91 | 137700 |

| | | | | | |
|---|---|---|---|---|---|
| 1  | 2013 | BMW           | X5       | 5UXZV4C57DL993491 | 3783.27  | 2500  |
| 2  | 2015 | MERCEDES-BENZ | CLA250   | WDDSJ4EB6FN278801 | 7477.09  | 11000 |
| 3  | 2013 | BMW           | 328I     | WBA3A5G50DNP19019 | 3763.38  | 4500  |
| 4  | 2016 | NISSAN        | ALTIMA   | 1N4AL3AP9GC125280 | 6272.53  | 4000  |
| 5  | 2018 | DODGE         | JOURNEY  | 3C4PDCBB4JT375591 | 9783.13  | 6500  |
| 6  | 2014 | NISSAN        | CUBE     | JNBAZ2KR5ET350736 | 4417.58  | 2500  |
| 7  | 2017 | JEEP          | WRANGLER | 1C4BJWEG9HL640068 | 19546    | 21000 |
| 8  | 2017 | HUNDAI        | ACCENT   | KMHCT5AE6HU311041 | 5402.49  | 4000  |
| 9  | 2008 | CHEVROLET     | SILVERADO| 1GCEK14J58JBM11886 | 5817.27 | 4000  |
| 10 | 2020 | FORD          | F150     | 1FTEW1C56LFA95831 | 25733.65 | 19500 |
| 11 | 2010 | CADILLAC      | ESCALADE | 1GYUCCEF0AR228711 | 7854.14  | 4500  |
| 12 | 2015 | KIA           | SOUL     | KNDJN2A23F7805329 | 7874.88  | 4500  |

107725.4