| | |
|---|---|
| **From:** | Carlos Miranda III |
| **To:** | Christopher V. Arisco |
| **Subject:** | Re: [External] In re A&R Chavira, LLC - NextGear Capital, LLC |
| **Date:** | Monday, March 20, 2023 5:19:04 PM |

Chris, I cannot consent/agree to this Motion and an expedited setting. As of Thursday, I am out of the office for 10 days.

And I am filing a DIP/CC/AP Motion by Wednesday before I leave. Working on it as we speak.

On Mon, Mar 20, 2023 at 4:07 PM Christopher V. Arisco <CArisco@padfieldstout.com> wrote:

> Carlos,
>
> I am asking again if your client has any opposition to NextGear seeking stay relief as to the remaining motor vehicle inventory on the lot and other assets covered by the blanket lien, in addition to any associated cash collateral. I have not received any list of remaining vehicles despite promises to the contrary and NextGear desires to move forward with its lift stay motion. Without a DIP financing motion or cash collateral order, the debtor cannot not be operating or selling any additional vehicles. Also, please advise whether you are opposed to expedited relief on NextGear's second lift stay motion as to all other remaining collateral.
>
> Give me a call to discuss.
>
> Best Regards,
>
> Christopher Arisco
>
> Phone: 817-338-1616
>
> Fax: 817-338-1610
>
> ---
>
> **From:** Carlos Miranda III <cmiranda@eptxlawyers.com>
> **Sent:** Friday, March 17, 2023 6:24 PM
> **To:** Christopher V. Arisco <CArisco@padfieldstout.com>
> **Subject:** Re: [External] In re A&R Chavira, LLC - NextGear Capital, LLC

Yes, have a good weekend.

On Fri, Mar 17, 2023 at 5:19 PM Christopher V. Arisco <CArisco@padfieldstout.com> wrote:

> Carlos,
>
> Talk to you Monday.
>
> Sent from my iPhone
>
>> On Mar 17, 2023, at 5:35 PM, Carlos Miranda III <cmiranda@eptxlawyers.com> wrote:
>>
>> I was under the impression that the list had been sent. I was out the past two days. I will follow up.
>>
>> Let me work on this case this weekend and call you Monday morning.
>>
>> On Fri, Mar 17, 2023 at 3:29 PM Christopher V. Arisco <CArisco@padfieldstout.com> wrote:
>>
>>> Carlos,
>>>
>>> I never received a list of the other non-floor planned vehicles. At this point, NextGEar simply wants to lift the stay as to everything else and recover what it can. Will you agree to stay relief on these remaining non-floor plan vehicles and any other cash collateral or assets of the debtor subject to NextGear's blanket lien?
>>>
>>> Best Regards,

Christopher Arisco

Phone: 817-338-1616

Fax: 817-338-1610