State Farm Bank
Attn: Bankruptcy
P.O. Box 2327
Bloomington, IL 61702

Alexander Chavira
7165 Alameda Ave
El Paso, TX 79915

State Farm Bank
Attn: Bankruptcy
P.O. Box 2327
Bloomington, IL 61702

Alcala CPA
9440 Viscount Blvd., Suite 111
El Paso, TX 79928

List of 20 Largest Unsecured Creditors