EXHIBIT 5

341 CD

(MAILED TO THE COURT AND TO DEBTOR'S COUNSEL)