| State Farm Bank | Alexander Chavira | State Farm Bank |
| --- | --- | --- |
| Attn: Bankruptcy | 7165 Alameda Ave | Attn: Bankruptcy |
| P.O. Box 2327 | El Paso, TX, 79915 | P.O. Box 2327 |
| Bloomington, IL, 61702 | | Bloomington, IL, 61702 |

Alcala CPA
9440 Viscount Blvd., Suite 111
El Paso, TX, 79928

List of 20 Largest Unsecured Creditors