IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER GRANTING NEXTGEAR CAPITAL, INC.'S MOTION FOR EXPEDITED HEARING OF MOTION TO ENJOIN DEBTOR'S IMPROPER USE OF CASH COLLATERAL, MOTION TO APPOINT CHAPTER 11 TRUSTEE, AND MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING BLANKET LIEN COLLATERAL

On this date came on for consideration the Motion filed by NextGear Capital, Inc. ("Movant") requesting an expedited hearing on the Motion To Enjoin Debtor's Improper Use Of Cash Collateral and Motion To Appoint Chapter 11 Trustee filed on March 31, 2023 [Doc. # 49] along with NextGear's Motion for Relief from Automatic Stay Regarding Blanket Lien Collateral filed on March 30, 2023 [Doc. # 47] (collectively, the "Motions"). After consideration

of the motion to expedite and any responses thereto, the Court finds that the motion to expedite the hearings on both Motions should be GRANTED as set forth below.

IT IS, THEREFORE, ORDERED that the Motion To Enjoin Debtor's Improper Use Of Cash Collateral, Motion To Appoint Chapter 11 Trustee, and Motion for Relief from Stay Regarding Blanket Lien Collateral are all scheduled for expedited hearing on the date and time listed above.

###