| | | |
|---|---|---|
| State Farm Bank<br>Attn: Bankruptcy<br>P.O. Box 2327<br>Bloomington, IL, 61702 | Alexander Chavira<br>7165 Alameda Ave<br>El Paso, TX, 79915 | State Farm Bank<br>Attn: Bankruptcy<br>P.O. Box 2327<br>Bloomington, IL, 61702 |
| Alcala CPA<br>9440 Viscount Blvd., Suite 111<br>El Paso, TX, 79928 | | |

List of 20 Largest Unsecured Creditors