# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−30067−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **A&R Chavira, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on   **5/10/23  at   01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 47 Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by Christopher V. Arisco for Creditor NextGear Capital, Inc. Hearing Scheduled For 5/10/2023 at 01:30 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda) . **A TIMELY−FILED RESPONSE TO THE MOTION IS NECESSARY FOR A HEARING TO BE HELD**.....If a reset is requested and approved or an Agreed Order is submitted prior to the hearing, no appearance is required.

Dated:  3/31/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)−HCM]** [NtchrgBKhcmap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30067-hcm |
| A&R Chavira, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2023 | Form ID: 510 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol  Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Vehicle Acceptance Corporation, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 31 2023 21:55:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: 510 | Total Noticed: 4 |

on behalf of Creditor City Of El Paso don.stecker@lgbs.com

James Randolph Liebler, II

on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com mkv@lgplaw.com

James W. Brewer

on behalf of Creditor Vehicle Acceptance Corporation jbrewer@kempsmith.com tschoemer@kempsmith.com

United States Trustee - EP12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 6