IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30067-hcm |
| A&R CHAVIRA, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## NOTICE OF EXPEDITED HEARING

Please take notice that an expedited hearing on NextGear Capital, Inc's Motion for Relief from Automatic Stay Regarding Blanket Lien Collateral [Doc. # 47] and NextGear Capital, Inc.'s Motion to Enjoin Debtor's Improper Use of Cash Collateral and Motion to Appoint Chapter 11 Trustee [Doc. # 49] has been set for April 12, 2023 at 2:00 p.m. (MST) before the Honorable H. Christopher Mott, United States Bankruptcy Judge for the Western District of Texas at the R.E. Thomason Federal Building and United States Courthouse, 511 E. San Antonio Ave., Room 444, El Paso, Texas 79901.

            **Respectfully Submitted,**

            PADFIELD & STOUT, L.L.P
            420 Throckmorton Street, Suite 1210
            Fort Worth, Texas 76102
            Phone: 817-338-1616
            Fax: 817-338-1610

            /s/ Christopher V. Arisco
            Alan B. Padfield
            State Bar I.D. #00784712
            abp@padfieldstout.com
            Christopher V. Arisco
            State Bar I.D. #24064830
            carisco@padfieldstout.com

*Attorneys for NextGear Capital, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Tuesday, April 4, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| **A&R Chavira, LLC**<br>6900 Gateway Blvd. East<br>El Paso, Texas 79915<br><br>*Debtor* | **Carlos A. Miranda**<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs, Bldg. 7<br>El Paso, Texas 79912<br><br>*Attorney for Debtor* |
|---|---|
| **United States Trustee**<br>615 E. Houston, Suite 533<br>San Antonio, Texas 78295 | **Vehicle Acceptance Corporation**<br>Kemp Smith, LLP<br>**Attn: James W. Brewer**<br>PO Box 2800<br>El Paso, Texas 79999-2800 |
| **All those receiving ECF notification in this case and the attached list of the 20 largest unsecured creditors.** | |

              /s/ Christopher V. Arisco
              Christopher V. Arisco

| State Farm Bank | Alexander Chavira | State Farm Bank |
| --- | --- | --- |
| Attn: Bankruptcy | 7165 Alameda Ave | Attn: Bankruptcy |
| P.O. Box 2327 | El Paso, TX, 79915 | P.O. Box 2327 |
| Bloomington, IL, 61702 | | Bloomington, IL, 61702 |

Alcala CPA
9440 Viscount Blvd., Suite 111
El Paso, TX, 79928

List of 20 Largest Unsecured Creditors