# Receivables Detail Summary



**Requested by :** MAN\GARY.HOKE **Requested on :** 2023-02-07 10:18:21 AM

**Regions** : None Selected  **Markets** : None Selected
**Delinquency Flag :** All  **Dealer Type :** None Selected
**Business :** 117922  **Dealer Finance Program :** None Selected
**Exclude Default Dealers :** No  **Exclude Account Level Charges:** No
**Include Comments :** No  **Summary Type :** None

**EXHIBIT NG-D**

**Data Classification:** **Confidential**

For more information, click on or copy and paste this link https://coxautoinc.sharepoint.com/sites/service-enterprise-risk-security/SitePages/Cox-Automotive-Security-Policies.aspx and review Information Security Policy and Standards PDF file.

## Customer Profile

| | |
|---|---|
| **Name:** | RA Auto Group |
| **Dealer #:** | 117922 |
| **Address Line 1:** | 6900 Gateway Blvd E |
| **Address Line 2:** | |
| **City, State, ZIP:** | El Paso, TX 79915 |
| **Phone:** | (915) 317-4005 |
| **Fax:** | (915) 356-7122 |

## Market Info & Account Profile

| | |
|---|---|
| **Market:** | El Paso East |
| **Market Phone:** | (915) 637-2219 |
| **Finance Program:** | Flex - Core |
| **Dealer Status:** | DL |
| **Lot Audit:** | Incomplete |
| **Unapplied Funds:** | $.00 |
| **Reserve Funds Balance:** | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| NSF | | $25.00 | 2023/01/31 |
| NSF | | $25.00 | 2023/02/01 |
| NSF | | $25.00 | 2023/01/31 |
| **Total Account Charges for RA Auto Group (117922)** | | **$75.00** | |

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding Principal | Pending | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|---|
| Retail | $250,000.00 | $.00 | | $250,000.00 | $263,619.90 | $0.00 | $.00 | FLEX D60/30/30 -- F100/75/75, 110/85/85, 150/115/115, 210/160/160, 295/220/220 -- R2.0 - C%0.01/0.01 |
| **Total Lines of Credit for RA Auto Group (117922)** | | | | | | | | |
| | $250,000.00 | $.00 | | $250,000.00 | $263,619.90 | $.00 | $.00 | |

Page 1 of 3

Report ID: OP061

# Receivables Detail Summary

**Requested by :** MAN\GARY.HOKE **Requested on :** 2023-02-07 10:18:21 AM

**Data Classification:** **Confidential**

For more information, click on or copy and paste this link https://coxautoinc.sharepoint.com/sites/service-enterprise-risk-security/SitePages/Cox-Automotive-Security-Policies.aspx and review Information Security Policy and Standards PDF file.

## Retail Inventory for RA Auto Group (117922)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/22 | 224 | 12/27/22 | SAU | 2010 Audi S4 | Bla | WAUBGAFL3AA027326 | 272 | FR | 01/26/23 | B | Manheim Phoenix (PXAA) | $7,440.00 | $3,495.35 | $.00 | $70.00 | $69.76 | $.00 | $125.00 | $3,760.11 |
| 06/27/22 | 224 | 12/27/22 | SAU | 2016 Ford F150 | Whi | 1FTEX1CP2GKE56144 | 274 | FR | 01/26/23 | B | El Paso Independent Auto Auction | $13,440.00 | $6,314.19 | $.00 | $70.00 | $124.43 | $.00 | $125.00 | $6,633.62 |
| 07/05/22 | 216 | 01/06/23 | | 2015 Cadi Esca | Whi | 1GYS3BKJ7FR229663 | 275 | FR | 02/06/23 | B | Manheim El Paso (DAAE) | $27,000.00 | $12,684.75 | $.00 | $70.00 | $169.28 | $.00 | $250.00 | $13,174.03 |
| 07/19/22 | 202 | 01/18/23 | STK | 2021 Toyo Priu | Whi | JTDKAMFU9M3148515 | 278 | FR | 02/17/23 | B | Trade-In | $24,000.00 | $11,275.34 | $.00 | $70.00 | $99.61 | $.00 | $.00 | $11,444.95 |
| 07/25/22 | 196 | 01/23/23 | CUV | 2017 Ram 1500 | Whi | 1C6RR7NM9HS881600 | 279 | FR | 02/22/23 | S | Chavira Auto Sales | $26,850.00 | $12,614.28 | $.00 | $70.00 | $87.71 | $.00 | $.00 | $12,771.99 |
| 08/11/22 | 179 | 01/12/23 | STK | 2017 Volk Tigu | Bla | WVGAV7AX5HK049135 | 283 | FR | 02/10/23 | S | Manheim Southern California (SCAA) | $11,725.00 | $11,722.66 | $.00 | $160.00 | $121.15 | $.00 | $.00 | $12,003.81 |
| 09/04/22 | 155 | 01/04/23 | CUV | 2016 YAMA YXZ1 | Blu | 5Y4AN03Y5GA103529 | 290 | FR | 02/03/23 | S | Manheim El Paso (DAAE) | $9,175.00 | $9,174.08 | $.00 | $115.00 | $121.07 | $.00 | $250.00 | $9,660.15 |
| 09/21/22 | 138 | 01/22/23 | CV | 2018 Suba WRX | Whi | JF1VA1C60J9817948 | 292 | FR | 02/21/23 | B | Trade-In | $22,000.00 | $21,993.40 | $.00 | $220.00 | $139.40 | $.00 | $.00 | $22,352.80 |
| 10/13/22 | 116 | 01/12/23 | STK | 2017 Hyun Acce | Sil | KMHCT4AE9HU300495 | 295 | FR | 02/13/23 | B | Manheim California (CADE) | $7,965.00 | $7,963.40 | $.00 | $115.00 | $82.31 | $.00 | $.00 | $8,160.71 |
| 10/17/22 | 112 | 01/18/23 | STK | 2015 Chry 200 | Red | 1C3CCCAB3FN617303 | 296 | FR | 02/17/23 | B | Manheim El Paso (DAAE) | $7,175.00 | $7,173.56 | $.00 | $115.00 | $54.30 | $.00 | $.00 | $7,342.86 |
| 10/19/22 | 110 | | CUV | 2012 CHRY 300 | Bla | 2C3CCADT7CH253335 | 298 | FR | 02/21/23 | S | Manheim California (CADE) | $10,170.00 | $10,170.00 | $.00 | $530.00 | $443.38 | $.00 | $125.00 | $11,268.38 |
| 10/20/22 | 109 | 01/19/23 | STK | 2014 Ram 1500 | Whi | 1C6RR7LT8ES407515 | 297 | FR | 02/21/23 | S | Chavira Auto Sales | $14,850.00 | $14,847.04 | $.00 | $160.00 | $105.92 | $.00 | $.00 | $15,112.96 |
| 10/26/22 | 103 | 12/28/22 | CV | 2021 Volk Golf | Gra | 3VWG57AU6MM011790 | 299 | FR | 01/27/23 | B | Manheim Southern California (SCAA) | $19,500.00 | $19,498.05 | $.00 | $320.00 | $309.11 | $.00 | $125.00 | $20,252.16 |
| 11/01/22 | 97 | 01/03/23 | CUV | 2019 Dodg Gran | Mar | 2C4RDGCG6KR585480 | 300 | FR | 02/02/23 | B | Trade-In | $18,000.00 | $17,998.20 | $.00 | $320.00 | $243.36 | $.00 | $250.00 | $18,811.56 |

Page 2 of 3

Report ID: OP061

# Receivables Detail Summary

**Requested by :** MAN\GARY.HOKE **Requested on :** 2023-02-07 10:18:21 AM

**Data Classification:** **Confidential**

For more information, click on or copy and paste this link https://coxautoinc.sharepoint.com/sites/service-enterprise-risk-security/SitePages/Cox-Automotive-Security-Policies.aspx and review Information Security Policy and Standards PDF file.

## Retail Inventory for RA Auto Group (117922)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/22 | 91 | 01/09/23 | CUV | 2015 Jeep Comp | Whi | 1C4NJCBB6FD431463 | 301 | FR | 02/08/23 | B | Manheim Southern California (SCAA) | $7,275.00 | $7,274.27 | $.00 | $115.00 | $84.64 | $.00 | $125.00 | $7,598.91 |
| 11/18/22 | 80 | 01/17/23 | CV | 2017 Hond Civi | Sil | 2HGFC2F76HH529754 | 303 | FR | 02/16/23 | B | Manheim Riverside (RAA) | $13,750.00 | $13,748.63 | $.00 | $160.00 | $109.70 | $.00 | $125.00 | $14,143.33 |
| 11/22/22 | 76 | 01/23/23 | CUV | 2012 Audi A4 | Bla | WAUBFAFL7CN015940 | 305 | FR | 02/22/23 | B | Manheim Riverside (RAA) | $6,500.00 | $6,499.35 | $.00 | $115.00 | $39.46 | $.00 | $125.00 | $6,778.81 |
| 11/25/22 | 73 | 01/24/23 | STK | 2017 Mazd Mazd | Red | JM1GL1W56H1120700 | 306 | FR | 02/23/23 | B | Trade-In | $16,500.00 | $16,498.35 | $.00 | $160.00 | $85.00 | $.00 | $.00 | $16,743.35 |
| 12/08/22 | 60 | | STK | 2016 Ford Fusi | Red | 3FA6P0HD4GR115889 | 307 | FR | 02/06/23 | B | Trade-In | $8,750.00 | $8,750.00 | $.00 | $340.00 | $214.32 | $.00 | $210.00 | $9,514.32 |
| 12/08/22 | 60 | | STK | 2014 Niss Path | Bla | 5N1AR2MN4EC727302 | 308 | FR | 02/06/23 | B | Trade-In | $7,225.00 | $7,225.00 | $.00 | $340.00 | $176.53 | $.00 | $125.00 | $7,866.53 |
| 12/21/22 | 47 | | CUV | 2012 Land Rang | Bla | SALSF2D42CA753309 | 309 | FR | 02/21/23 | B | Manheim California (CADE) | $11,350.00 | $11,350.00 | $.00 | $285.00 | $218.42 | $.00 | $125.00 | $11,978.42 |
| 12/27/22 | 41 | | STK | 2014 Audi A7 | Sil | WAU2GAFC8EN095605 | 310 | FR | 02/27/23 | B | Manheim El Paso (DAAE) | $17,800.00 | $17,800.00 | $.00 | $285.00 | $297.12 | $.00 | $.00 | $18,382.12 |
| 01/09/23 | 28 | | CUV | 2011 Audi Q7 | Blu | WA1LGAFE2BD002789 | 312 | FR | 03/10/23 | B | Trade-In | $7,550.00 | $7,550.00 | $.00 | $225.00 | $89.07 | $.00 | $125.00 | $7,989.07 |
| **Total Retail** | | | | | | | | | | | | $315,990.00 | $263,619.90 | $.00 | $4,430.00 | $3,485.05 | $.00 | $2,210.00 | $273,744.95 |

**Unit Count: 23**