**EXHIBIT NG-E**

*A & K Chariva, LLC*

**Sold Unpaid Units**

| | |
|---|---:|
| 2017 Hond Civi Sil 2HGFC2F76HH529754 | $14,109.89 |
| 2012 CHRY 300 Bla 2C3CCADT7CH253335 | $11,241.74 |
| 2015 Cadi Esca Whi 1GYS3BKJ7FR229663 | $13,012.75 |
| 2021 Toyo Priu Whi JTDKAMFU9M3148515 | $11,413.13 |
| 2015 Jeep Comp Whi 1C4NJCBB6FD431463 | $7,580.94 |
| 2012 Audi A4 Bla WAUBFAFL7CN015940 | $6,762.78 |
| 2012 Land Rang Bla SALSF2D42CA753309 | $11,950.10 |
| 2019 Dodg Gran Mar 2C4RDGCG6KR585480 | $18,482.30 |

| Vehicles we need titles to | | |
|---|---|---:|
| 8 units | sold | $94,553.63 |

12 Units in stock

2 units at repair shops

2 units at the auction on hold by nextgear we are unable to pick up because of hold

    2021 Volk Golf Gra 3VWG57AU6MM011790

    2018 Suba WRX Whi JF1VA1C60J9817948