

EXHIBIT NG-H

# NEXTGEAR ACCOUNT 117922

| VIN | YEAR | MAKE MODEL |
|---|---|---|
| AA027326 | 2010 | Audi S4 Bla |
| GKE56144 | 2016 | Ford F150 Whi |
| S881600 | 2017 | Ram 1500 Whi |
| GA103529 | 2016 | YAMA Blu |
| J9817948 | 2018 | Suba WRX Whi |
| HU300495 | 2017 | Hyun Acce Sil |
| N617303 | 2015 | Chry 200 Red |
| S407515 | 2014 | Ram 1500 Whi |
| MM011790 | 2021 | Volk Golf Gra |
| KR585480 | 2015 | Dodg Gran Mar |
| 1120700 | 2017 | Mazd Mazd Red |
| R115889 | 2016 | Ford Fusi Red |
| C727302 | 2014 | Niss Path Bla |
| BD002789 | 2011 | Audi Q7 Blu |
| | | |
| FR229663 | 2015 | Cadi Esca Whi |
| M3148515 | 2021 | Toyo Priu Whi |
| HK049135 | 2017 | Volk Tigu Bla |
| CH253335 | 2012 | CHRY 300 Bla |
| CN015940 | 2012 | Audi A4 Bla |
| HH529754 | 2017 | Hond Civi Sil |
| CA753309 | 2012 | Land Rang Bla |
| EN095605 | 2014 | Audi A7 Sil |
| KR585480 | 2019 | Dodg Gran Mar |

| LOCATION |
|---|
| 8610 N LOOP EL PASO TEXAS 79907 |
| 6997 INDUSTRIAL EL PASO TEXAS 79915 |
| 6900 GATEWAY BLVD EAST EL PASO TEXAS 79915 |
| 1124 Casad Rd Anthony NM 88021 |
| Manheim El Paso |
| 3420 Frutas Ave el paso texas 79905 |
| 6997 INDUSTRIAL EL PASO TEXAS 79915 |
| 6997 INDUSTRIAL EL PASO TEXAS 79915 |
| Manheim El Paso |
| Manheim El Paso |
| 7165 Alameda Ave El Paso Texas 79915 |
| 7165 Alameda Ave El Paso Texas 79915 |
| 7165 Alameda Ave El Paso Texas 79915 |
| Manheim El Paso |

Sold-Funded
Sold-Funded
Sold-Funded
Sold-Funded
Sold-Funded
Sold-Funded
Sold-Funded
Sold-Funded
Sold-Funded