**EXHIBIT NG-J**

# 341 CD

# (FED EXED TO THE COURT AND TO DEBTOR'S COUNSEL)