UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: A&R Chavira, LLC

CASE NO. 23-30067-HCM
CHAPTER 11

PROCEEDING MEMO - §341 MEETING ON 4/6/2023, AT 2:00 p.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): YES

2. Debtor(s) appeared: YES

3. Counsel for debtor(s) appeared: YES

4. Meeting adjourned to _____, at _____ a.m.

   OR

   Meeting concluded: YES

5. Notes of Presiding Officer:

   1. The Debtor needs to file monthly operating reports for January 2023 and February 2023;
   2. The Debtor needs to provide proof of a properly styled debtor in possession account with voided check or signature card to the U.S. Trustee's Office;
   3. The Debtor needs to provide proof of insurance with a policy that extends beyond April 14, 2023; and
   4. The Debtor needs to provide tax returns for 2019, 2020, and 2021.

DATE PETITION FILED: 1/24/23
BAR DATE: 5/30/23
PLUS DAYS:

CREDITORS' COMMITTEE FORMED: NO   NOTICE OF APPOINTMENT FILED:

/s/ Erin Coughlin
Presiding Officer

REV 7/1/2003

4/6/2023

U. S. Trustee Notes to §341 Meeting

A&R Chavira, LLC                              Case No.  23-30067-HCM