**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **A&R CHAVIRA, LLC,** | ) | **Case No. 23-30067-HCM** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE
PURSUANT TO 11 U.S.C. § 1112(b)**

Came on this day to be considered the Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) filed by Debtor A&R Chavira, LLC (the "Motion to Dismiss") upon negative notice. After consideration of the pleadings and the Court finding that no objection(s) have been filed to the Motion to Dismiss, the Court is of the opinion that the relief requested should be granted in its entirety.

**IT IS THEREFORE ORDERED THAT:**

1. The Chapter 11 Case is dismissed.

2. Within 7 days of the entry of this Order, A&R shall file all outstanding monthly operating reports in this case.

3. Within 14 days of the entry of this Order, A&R shall pay to the United States Trustee at P.O. Box 6200-19, Portland, OR 97228-6200 or through the pay.gov website the appropriate Quarterly Fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payment must reflect the debtor's account number and be transmitted with a "**Chapter 11 Quarterly Disbursement and Fee Report**" available from the United States Trustee.

###

**Order Submitted By:**
**Miranda & Maldonado, P.C.**
**Carlos A. Miranda, Esq.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000**
**(915) 587-5001 (facsimile)**
cmiranda@eptxlawyers.com
cmaldonado@eptxlawyers.com