UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In re:<br><br>A&R CHAVIRA, LLC,<br><br>                     Debtor. | )<br>)<br>)   Case No. 23-30067-hcm<br>)<br>)   Chapter 11<br>)<br>)<br>) |

## LIMITED RESPONSE OF VEHICLE ACCEPTANCE CORPORATION TO DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §1112(b)

TO THE HONORABLE H. CHRISTOPHER MOTT,
UNITED STATES BANKRUPTCY JUDGE:

Vehicle Acceptance Corporation ("*VAC*"), a creditor in this Chapter 11 case, responds to the Debtor's Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. §1112(b) ("*Motion*") [docket #60] filed by A&R Chavira, LLC, the Debtor, as follows:

### A. Response

1.      VAC admits that the Debtor filed for relief under Chapter 11 of the Bankruptcy Code on January 24, 2023.  VAC is without knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 1.

2.      VAC admits the allegations contained in Paragraph 2.

3.      Paragraph 3 is a legal statement for which no response is required.

4.      VAC admits the Orders referenced in Paragraph 4(a) were entered and that they provide the relief set out in the Orders.  VAC is without knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 4.

5.      VAC is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 5.

6.     VAC is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 6.

7.     No response is required for Paragraph 7.

### B. Factual and Procedural Background

8.     VAC provides the Debtor with floor plan financing for the Debtor's used retail and wholesale car business. The financing is evidenced by a Demand Promissory Note and Security Agreement (the "*Note*"), whereby the Debtor promised to pay VAC such amounts as are advanced together with interest.

9.     The Note is secured pursuant to its terms by all of the Debtor's assets including but not limited to its machinery, equipment, furniture, vehicles, inventory, documents, accounts, chattel paper and general intangibles, all including proceeds. The collateral is described in detail in Section 1.6 of the Note. The collateral includes all vehicles and other inventory financed by VAC (the "*Purchase Money Inventory*"). VAC perfected its lien on the Purchase Money Inventory by filing a UCC-1 with the Texas Secretary of State.

10.     The Note includes various covenants to protect VAC and its Purchase Money Inventory. For example, Section 5.1 of the Note prohibits the Debtor from attempting to or actually selling or otherwise disposing of the Purchase Money Inventory or removing it from the Debtor's premises for a period exceeding twenty-four hours.

11.     As of the bankruptcy filing date VAC's Purchase Money Inventory consisted of 33 vehicles. According to the Debtor's Schedules at the time of its bankruptcy filing the Debtor had 23 of VAC's vehicles "in stock" and had sold 8 vehicles out of trust.

12.     By Agreed Order Granting Motion of Vehicle Acceptance Corporation for Relief From Stay Against Property of the Estate entered on March 15, 2023, the automatic stay was lifted as to VAC. However, VAC has only been able to recover 15 of its vehicles. Thus 18 vehicles remain outstanding and

unaccounted for, 8 of which the Debtor indicated on his Schedules had been sold out of trust. Upon information and belief additional vehicles may have been sold out of trust (possibly post-petition).

### C. Legal Argument

13.     The Court may grant a chapter 7 debtor's motion to dismiss the case "after notice and a hearing and for cause". 11 U.S.C. §707(a). Debtors do not have an absolute right to voluntarily dismiss a chapter 7 case. *In re Dutka*, 604 B.R. 726, 730 (Bankr. S.D. Tex. 2019). The decision whether to grant a motion to dismiss a petition in bankruptcy lies within the discretion of the bankruptcy judge. *Matter of Atlas Supply Corp.*, 857 F.2d 1061, 1063 (5th Cir. 1988).

14.     In order to determine whether to grant a voluntary motion to dismiss, a court must weigh the prejudices and interests of both creditors and debtors. *In re Dutka*, 604 B.R. at 730. If dismissal would prejudice creditors then it will ordinarily be denied. *Matter of Atlas Supply Corp.*, 857 F.2d. at 1063. Delay in satisfying creditors' claims can be sufficient to preclude dismissal. *Id.*

15.     This case should not be dismissed unless and until the Debtor provides an accounting of all of VAC's collateral and the proceeds of sale of VAC's collateral, including whether sale proceeds remain outstanding from buyers.

WHEREFORE, Vehicle Acceptance Corporation requests that dismissal of this case be conditioned on an accounting as set out herein, and for such other and further relief to which it is entitled.

Respectfully submitted,

KEMP SMITH LLP
P.O. Drawer 2800
El Paso, Texas  79999-2800
(915) 533-4424
(915) 546-5360  (FAX)
Attorneys for Vehicle Acceptance Corporation

By:_____
    James W. Brewer
    State Bar No. 02965200
    James.brewer@kempsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Response was delivered by first class, U.S. mail to the parties on the attached list this 27th day of April, 2023.

_____

James W. Brewer

43Q9609

Label Matrix for local noticing
0542-3
Case 23-30067-hcm
Western District of Texas
El Paso
Thu Apr 27 10:23:35 CDT 2023

A&R Chavira, LLC
6900 Gateway Blvd. East
El Paso, TX 79915-1105

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

Alcala CPA
9440 Viscount Blvd., Ste. 111
El Paso, TX. 79925-7054

Alexander Chavira
7165 Almeda Ave.
El Paso, TX. 79915

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1512

Internal Revenue Service (IRS)
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Libertas Funding, LLC
411 West Putnam Ave
Suite 220
Taftville, CT 06380

NextGear Capital, Inc.
c/o Christopher V. Arisco
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102-3792

Nextgear Capital, Inc.
11799 North College Ave.
Carmel, IN 46032-5605

Pete Borrego
7000 Industrial Ave.
El Paso, TX. 79915-1110

Scooter Outlet
6900 Gateway Blvd. East
El Paso, TX. 79915-1105

Small Business Administration
10737 Gateway West, #300
El Paso, TX. 79935-4910

(p)LOAN SERVICING
LOAN SUPPORT
PO BOX 5961
MADISON WI 53705-0961

Suncoast Funding
141 NE 3rd Avenue
Suite 100
Miami, FL 33132-2207

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778-0001

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0009

United States Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539

Vehicle Acceptance Corporation
901 Main Street, Ste. 3450
Dallas, TX. 75202-3752

WESTLAKE FLOORING COMPANY LLC
c/o James R. Liebler, II, Esquire
Liebler, Gonzalez & Portuondo
44 West Flagler St., Suite 2500
Miami, FL 33130-1817

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010-3827

White Sands Federal Credit Union
P.O. Box 99
Las Cruces, NM 88004-0099

Carlos A. Miranda
Miranda & Maldonado, P.C.
5915 Silver Springs
Bldg. 7
El Paso, TX 79912-4126

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205

State Farm Bank
Attn: Bankruptcy
P.O. Box 2327
Bloomington, IL 61702

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26