# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−30067−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **A&R Chavira, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on    **5/17/23 at 01:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 60 Motion to Dismiss Case (21 Day Objection Language) filed by Carlos A. Miranda for Debtor A&R Chavira, LLC Hearing Scheduled For 5/17/2023 at 01:00 PM (MT), 02:00 PM (CT) at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda)

Dated: 5/2/23

                                                              Barry D. Knight
                                                              Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]