# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 23−30067−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **A&R Chavira, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on   **5/17/23  at   01:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 60 Motion to Dismiss Case (21 Day Objection Language) filed by Carlos A. Miranda for Debtor A&R Chavira, LLC Hearing Scheduled For 5/17/2023 at 01:00 PM (MT), 02:00 PM (CT) at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda)

Dated:  5/2/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30067-hcm |
| A&R Chavira, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 02, 2023 | Form ID: 134 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Vehicle Acceptance Corporation, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 18432891 | + | Alcala CPA, 9440 Viscount Blvd., Ste. 111, El Paso, TX. 79925-7054 |
| 18432892 | | Alexander Chavira, 7165 Almeda Ave., El Paso, TX. 79915 |
| 18419490 | + | City of El Paso, c/o Don Stecker, Weston Centre, 112 E. Pecan St., Ste. 22, San Antonio, TX 78205-1512 |
| 18419492 | | Libertas Funding, LLC, 411 West Putnam Ave, Suite 220, Taftville, CT 06380 |
| 18425684 | + | NextGear Capital, Inc., c/o Christopher V. Arisco, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 18432894 | + | Pete Borrego, 7000 Industrial Ave., El Paso, TX. 79915-1110 |
| 18432895 | + | Scooter Outlet, 6900 Gateway Blvd. East, El Paso, TX. 79915-1105 |
| 18419493 | + | Suncoast Funding, 141 NE 3rd Avenue, Suite 100, Miami, FL 33132-2207 |
| 18419498 | | United States Trustee's Office, 615 E. Houston, Ste. 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| 18432898 | + | Vehicle Acceptance Corporation, 901 Main Street, Ste. 3450, Dallas, TX. 75202-3752 |
| 18430431 | + | WESTLAKE FLOORING COMPANY LLC, c/o James R. Liebler, II, Esquire, Liebler, Gonzalez & Portuondo, 44 West Flagler St., Suite 2500, Miami, FL 33130-1817 |
| 18432899 | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |
| 18432900 | + | White Sands Federal Credit Union, P.O. Box 99, Las Cruces, NM 88004-0099 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | May 02 2023 22:03:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |
| 18419491 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2023 22:03:00 | Internal Revenue Service (IRS), Centralized Insolvency Office, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 18424431 | | Email/Text: sanantonio.bankruptcy@publicans.com | May 02 2023 22:03:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 18432897 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 02 2023 22:03:00 | State Farm Bank, Attn: Bankruptcy, P.O. Box 2327, Bloomington, IL 61702 |
| 18432893 | + | Email/Text: bankruptcy@discoverdsc.com | May 02 2023 22:03:00 | Nextgear Capital, Inc., 11799 North College Ave., Carmel, IN 46032-5605 |
| 18432896 | + | Email/Text: elpasodlsc@sba.gov | May 02 2023 22:03:00 | Small Business Administration, 10737 Gateway West, #300, El Paso, TX. 79935-4910 |
| 18419494 | | Email/Text: pacer@cpa.state.tx.us | May 02 2023 22:03:00 | Texas Comptroller of Public Accounts, Revenue Accounting Div - Bankruptcy Sect, P.O. Box 13528, Austin, TX 78711-3528 |
| 18419495 | + | Email/Text: collections.pacer@twc.texas.gov | May 02 2023 22:03:00 | Texas Workforce Commission, TWC Building - Regulatory Integrity Divi, 101 East 15th Street, Austin, TX 78778-0001 |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: 134 | Total Noticed: 26 |

| 18419496 | ^ MEBN | | May 02 2023 22:00:27 | United States Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0009 |
| 18419497 | + Email/Text: USATXW.BankruptcyNotices@usdoj.gov | | May 02 2023 22:03:00 | United States Attorney, Civil Process Clerk, Department of Justice, 601 N. W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com mkv@lgplaw.com |
| James W. Brewer | on behalf of Creditor Vehicle Acceptance Corporation jbrewer@kempsmith.com tschoemer@kempsmith.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 7