UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A&R CHAVIRA, LLC, | ) | Case Number 23-30067-hcm |
| | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## WITNESS AND EXHIBIT LIST

Following is a list of the exhibits Vehicle Acceptance Corporation may introduce and witnesses it may call at the hearing on the Motion to Dismiss Case scheduled for May 17, 2023:

### I. WITNESSES

1. Sara Upton
   Vehicle Acceptance Corporation
   c/o Kemp Smith LLP
   221 N. Kansas, Suite 1700
   El Paso, Texas 79901

2. Any witnesses designated or called by any other party and any rebuttal witnesses

### II. Exhibits

V-1. Affidavit of Sara Upton

V-2. Debtor's Schedules

V-3. Agreed Order Granting Motion of Vehicle Acceptance Corporation for Relief From Stay entered on March 15, 2023

V-4. Emails to and from Jim Brewer and Carlos Miranda dated March 9, 2023

V-5. Email from Rudy Gomez dated March 29, 2023

43T0562

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for Vehicle Acceptance Corporation

By: _____
James W. Brewer
State Bar No. 02965200
Jim.brewer@kempsmith.com

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Witness and Exhibit List and the referenced exhibits were delivered by email to Carlos A. Miranda (cmiranda@eptxlawyers.com) 5915 Silver Springs, Blgd. 7, El Paso, Texas 79912, James R. Liebler, II (jrlII@lgplaw.com), 44 West Flagler St., 25th Floor, Miami, Florida 33130 and to the United States Trustee (ustpregion07.sn.ecf@usdoj.gov), 615 E. Houston, Ste. 533, San Antonio, Texas 78295 on May 11, 2023.

_____
James W. Brewer

43T0562