# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

**Bankruptcy Case No.:** 23−30067−hcm
**Chapter No.:** 11
**Judge:** H. Christopher Mott

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
A&R Chavira, LLC
aka A&R Chavira, LLC, dba RA Auto Group
6900 Gateway Blvd. East
El Paso, TX 79915
**SSN/TAX ID:**
 47−3446918

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **5/17/23**　　　　　　　　　　　for Joint Debtor (if any) on **N/A**

Dated: 5/17/23

                                            Barry D. Knight
                                            Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]