# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

|  |  |
|---|---|
| **Bankruptcy Case No.:** | **23–30067–hcm** |
| **Chapter No.:** | 11 |
| **Judge:** | H. Christopher Mott |

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

A&R Chavira, LLC
aka A&R Chavira, LLC, dba RA Auto Group
6900 Gateway Blvd. East
El Paso, TX 79915
**SSN/TAX ID:**
 47–3446918

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

    for Debtor on **5/17/23**          for Joint Debtor (if any) on **N/A**

Dated:  5/17/23

         Barry D. Knight
         Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]

United States Bankruptcy Court

Western District of Texas

In re:                                                                                          Case No. 23-30067-hcm

A&R Chavira, LLC                                                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: ntcdsm | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Vehicle Acceptance Corporation, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 18432891 | + | Alcala CPA, 9440 Viscount Blvd., Ste. 111, El Paso, TX. 79925-7054 |
| 18432892 | | Alexander Chavira, 7165 Almeda Ave., El Paso, TX. 79915 |
| 18419490 | + | City of El Paso, c/o Don Stecker, Weston Centre, 112 E. Pecan St., Ste. 22, San Antonio, TX 78205-1512 |
| 18419492 | | Libertas Funding, LLC, 411 West Putnam Ave, Suite 220, Taftville, CT 06380 |
| 18425684 | + | NextGear Capital, Inc., c/o Christopher V. Arisco, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 18432894 | + | Pete Borrego, 7000 Industrial Ave., El Paso, TX. 79915-1110 |
| 18432895 | + | Scooter Outlet, 6900 Gateway Blvd. East, El Paso, TX. 79915-1105 |
| 18419493 | + | Suncoast Funding, 141 NE 3rd Avenue, Suite 100, Miami, FL 33132-2207 |
| 18419498 | | United States Trustee's Office, 615 E. Houston, Ste. 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| 18432898 | + | Vehicle Acceptance Corporation, 901 Main Street, Ste. 3450, Dallas, TX. 75202-3752 |
| 18430431 | + | WESTLAKE FLOORING COMPANY LLC, c/o James R. Liebler, II, Esquire, Liebler, Gonzalez & Portuondo, 44 West Flagler St., Suite 2500, Miami, FL 33130-1817 |
| 18432899 | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |
| 18432900 | + | White Sands Federal Credit Union, P.O. Box 99, Las Cruces, NM 88004-0099 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 17 2023 22:05:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | May 17 2023 22:05:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |
| 18419491 | | EDI: IRS.COM | May 18 2023 01:59:00 | Internal Revenue Service (IRS), Centralized Insolvency Office, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 18424431 | | Email/Text: sanantonio.bankruptcy@publicans.com | May 17 2023 22:05:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 18432897 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 17 2023 22:05:00 | State Farm Bank, Attn: Bankruptcy, P.O. Box 2327, Bloomington, IL 61702 |
| 18432893 | + | Email/Text: bankruptcy@discoverdsc.com | May 17 2023 22:05:00 | Nextgear Capital, Inc., 11799 North College Ave., Carmel, IN 46032-5605 |
| 18432896 | + | Email/Text: elpasodlsc@sba.gov | May 17 2023 22:05:00 | Small Business Administration, 10737 Gateway West, #300, El Paso, TX. 79935-4910 |
| 18419494 | | Email/Text: pacer@cpa.state.tx.us | May 17 2023 22:05:00 | Texas Comptroller of Public Accounts, Revenue Accounting Div - Bankruptcy Sect, P.O. Box 13528, Austin, TX 78711-3528 |

| 18419495 | + Email/Text: collections.pacer@twc.texas.gov | | |
|---|---|---|---|
| | | May 17 2023 22:05:00 | Texas Workforce Commission, TWC Building - Regulatory Integrity Divi, 101 East 15th Street, Austin, TX 78778-0001 |
| 18419496 | ^ MEBN | | |
| | | May 17 2023 21:59:44 | United States Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0009 |
| 18419497 | + Email/Text: USATXW.BankruptcyNotices@usdoj.gov | | |
| | | May 17 2023 22:05:00 | United States Attorney, Civil Process Clerk, Department of Justice, 601 N. W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com mkv@lgplaw.com |
| James W. Brewer | on behalf of Creditor Vehicle Acceptance Corporation jbrewer@kempsmith.com tschoemer@kempsmith.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 7