**Granted at hearing held on 5/17/2023.**



**The relief described hereinbelow is SO ORDERED.**

**Signed May 17, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **A&R CHAVIRA, LLC,** | ) | Case No. 23-30067-HCM |
| | ) | Chapter 11 |
| **Debtor.** | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE
PURSUANT TO 11 U.S.C. § 1112(b)**

Came on this day to be considered the Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) filed by Debtor A&R Chavira, LLC (the "Motion to Dismiss") upon negative notice. After consideration of the pleadings and the Court finding that no objection(s) have been filed to the Motion to Dismiss, the Court is of the opinion that the relief requested should be granted in its entirety.

**IT IS THEREFORE ORDERED THAT:**

1. The Chapter 11 Case is dismissed.

2. Within 7 days of the entry of this Order, A&R shall file all outstanding monthly operating reports in this case.

3. Within 14 days of the entry of this Order, A&R shall pay to the United States Trustee at P.O. Box 6200-19, Portland, OR 97228-6200 or through the pay.gov website the appropriate Quarterly Fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payment must reflect the debtor's account number and be transmitted with a "**Chapter 11 Quarterly Disbursement and Fee Report**" available from the United States Trustee.

###

**Order Submitted By:**
Miranda & Maldonado, P.C.
Carlos A. Miranda, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000
(915) 587-5001 (facsimile)
cmiranda@eptxlawyers.com
cmaldonado@eptxlawyers.com

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30067-hcm |
| A&R Chavira, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 17, 2023 | Form ID: pdfintp | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Chavira, LLC, 6900 Gateway Blvd. East, El Paso, TX 79915-1105 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Vehicle Acceptance Corporation, c/o Kemp Smith LLP, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | May 17 2023 22:05:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 19, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor A&R Chavira LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com, carisco@livepad.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdfintp | Total Noticed: 4 |

Erin Coughlin
on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

James Randolph Liebler, II
on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com mkv@lgplaw.com

James W. Brewer
on behalf of Creditor Vehicle Acceptance Corporation jbrewer@kempsmith.com tschoemer@kempsmith.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 7